UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

155

SEAN RYAN

PLAINTIFF

V

G.ROBERT COTTON CORR.FACILITY ET.AL,

DEFENDANTS

CASE# 19-12286

HON:

MAG:

F I L E D

AUG 2 6 2019

CLERK'S OFFICE
DETROIT

AMENDED VERIFIED COMPLAINT WITH JURY TRIAL DEMAND

DATE 8/16/19

Respectfully,

SEAN RYAN 787263
JCF
3500 N.ELM ST.
JACKSON,MI.
                49201

POOR QUALITY ORIGINALS

1

## NAMES AND ADDRESS OF DEFENDANTS

### PLAINTIFFS INFORMATION

NAME:SEAN MICHAEL RYAN          PRISON# 787263

PLACE OF CONFINEMENT: G.ROBERT COTTON CORRECTIONAL FACILITY

ADDRESS: 3500 N.ELM ST. JACKSON,MI 49201


### DEFENDANTS INFORMATION

DEFENDANT #1 G.ROBERT COTTON CORRECTIONAL FACILITY      POSITION PRISON FACILITY.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

SUING IN BOTH CAPACITIES.

DEFENDANT #2 MICHIGAN DEPT. OF CORRECTIONS      POSITION PRISON SYSTEM.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

SUING IN BOTH CAPACITIES.

DEFENDANT #3 STATE OF MICHIGAN      POSITION:STATE.

ADDRESS:111 s.capitol ave. lansing,mi 48933

SUING IN BOTH CAPACITIES.

DEFENDANT #4 unknown LINDSEY      POSITION:WARDEN.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

SUING IN BOTH CAPACITIES.

DEFENDANT #5 UNKNONWN KISOR   POSITION DEPUTY WARDEN.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

SUING IN BOTH CAPACITIES.

DEFENDANT #6 UNKNOWN ELUM      POSITION LIBRARY SUPERVISOR.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

SUING IN BOTH CAPACITIES.

DEFENDANT #7 UNKNOWN PATIZIKA      POSITION ASST. RESIDENT UNIT SUPERVISOR.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

1A

SUING IN BOTH CAPACITIES.

**DEFENDANT #8** UNKNOWN HEMRY     POSITION GRIEVANCE COORDINATO.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

SUING IN BOTH CAPACITIES.

**DEFENDANT #9** UNKNOWN FULLARD     POSITION MEDICAL RECORDS CLERK.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

SUING IN BOTH CAPACITIES.

**DEFENDANT #10**  UNKNOWN COREY-STRIKER      POSITION:RESIDENT UNIT SUPERVISOR.

ADDRESS:3500 N.ELM ST. JACKSON,MI 49201

SUING IN BOTH CAPACITIES.

13

a

## I.INTRODUCTION

1. This is a §1983 action filed by Plaintiff SEAN RYAN a state prisoner,alleging

   violation of his state and federal Constitutional rights to access the courts,due

   proccess and right to be free from cruel and unusual punishment,and seeking

   injunctive relief and money damages.Plaintiff also seeks an injunction and money

   damages pursuant to the AMERICANS WITH DISABILITIES ACT,THE REHABILATION ACT AND

   MICHIGANS ELLIOT LARSON ACT.

## II.JURISDICTION

2. Jurisdiction of this court is invoked pursuant to 28 usc§1331 in that this is a civil

   action arising under the Constitution of the UNITED STATES.

3. Jurisdiction of this court is invoked pursuant to 28 USC§1343(3)in that this is a

   civil action civil action that seeks to redress the deprivation under color of state

   law of rights secured by acts of congress provining for equal rights of persons

   within the jurisdiction of the UNITED STATES.

## III.PARTIES

4. Plaintiff SEAN RYAN at all times relevant was confined by the MICHIGAN DEPT. of

   Corrections(MDOC)at G.ROBERT COTTON CORRECTIONAL FACILITY(JCF)and at UPPER PENINSULA

   REGIONAL CORRECTIONAL FACILITY(URF).

5. Defendant G.ROBERT COTTON CORRECTIONAL FACILITY(JCF) is the prison where Plaintiff is

   currently being housed.And is responsible for ensuring that Plaintiff as a qualified

   disabled person is not impeded from access to its services,programs and benifits.as

   well as ensuring that its polices and procedures do not violate Plaintiff substantial

   constitutional rights.

6. MICHIGAN DEPT. OF CORRECTIONS(MDOC) is the prison system that is responsible for

2

imprisoning Plaintiff and as such is responsible for ensuring that its policies do not

violate Plaintiffs constitutional rights or discriminate against the Plaintiff by

impeding Plaintiffs of the benifits,programs and/or services it provides.

7. UPPER PENINSULA REGIONAL CORRECTIONAL FACILITY (URF)is the prison Plaintiff was

previously housed at.

8. MICHIGAN is the state whom has incarcerated the Plaintiff and as such has a duty to

Plaintiff to ensure that Plaintiffs constitutional rights are not violated and to

ensure that Plaintiff as a qualified person with a disability is not discriminated

against by being denied and/or having his access to the programs,benifits and

services of MICHIGANS facilities impeded in any way.

9. Unknown LINDSEY is the warden at JCF where Plaintiff is currently housed and as such

has a duty to Plaintiff to ensure that Plaintiffs constitutional rights are not

violated,a duty to Plaintiff to ensure that his staff are properly trained and a duty

to Plaintiff to ensure that Plaintiff as a qualified Person with a disability is not

discriminated against by being impeded in his access to and/or denied access to the

programs,services and benifits offered at JCF.

10. Unknown KISOR is the deputry warden at JCF and a Part of her duties include

supervising the institutions law library.As such she has aduty to PLaintiff to

ensure that Plaintiff receives the legal supplies and other aids that Plaintiff

needs to access the courts.

11. Unknown Elum is the Library supervisor at JCF and as such has a duty to Plaintiff to

ensure that Plaintiff is provided adequate supplies to file court documents and

other legal activities.

12. Unknown COREY_STRIKER is the resident unit manager at URF and as such had a duty to

Plaintiff to pick up his legal mail and ensure that it was properly mailed to the

3

courts.

13. KATHLEEN PULFORD is the medical records clerk at JCF and as such had a duty to Plaintiff to fill Plaintiff request for medical records.

14. Unknown Patzika is the assistant resident unit supervisor for B unit at JCF and as such had a duty to Plaintiff to proccess Plaintiff request for Legal supplies.

15. Unknown hemry is the grievance coordinator at JCF and as such has a duty to Plaintiff to correctly process Plaintiffs properly filed grievances.

16. Defendants JCF,MDOC,MICHIGAN,LINDSEY,KISOR,ELUM,COREY_STRIKER,PATZIKA,PULLARD and Hemry at all relevant times were acting under color of state law and are being sued in their individual and official capacities.

### IV.EXAUSTION OF ADMINISTRATIVE REMEDIES.

17. Plaintiff has exausted all of his available administrative remedies.

### V.FACTUAL STATEMENT

18. Plaintiff gave the courts two copies of the initial §1983 medical complaint to defendant COREY-STRIKER on january 7th 2019(see exhibit C) to be mailed to the united states district court.

19. Plaintiff was transfered to another facility on january 24th 2019 eventually ending up at the present facility(JCF)on April 9th 2019.During this time period(approximately Febuary 14th 2019)Plaintiff wrote the united states districet court in detroit to find out the status of the complaint that he turned in to defendant COREY-STRIKER to file on January 7th 2019.(see exhibit c).

20. In response to Plaintiffs query Plaintiff recived this letter from the court(see exhibit D).Which notified the Plaintiff that the court had recived no such filing in 2019.

21. Plaintiff then wrote the URF grievance coordinator for a step one Grievance form(see k-1 and k-2) since Plaintiff was on modified access and never recived a response.

22. Plaintiff then mailed a step one grievance form to the URF grievance cordinator

4

anyway(see L-1,L-2 and L-3)Which was falsly declared untimly (see L-3) even though MDOC's grieevance Policy clearly ststae a good reason for an untimly filing is transfer.and the grieavance came via first class mail and the fact that th grievance states Plaintiff was currently as JCF clearly indicated that Plaintiff had been transfered.(see L-1).

23. In the interm Plaintiff belived the URF grievance coordinator had failed to respond so Plaintiff sent in a hand drafted step 2 grievance form(seeM-1,M-2 and M-3) to which Plaintiff finally recived a step 2 form on 5/3/19.

24. Plaintiff then filled out and mailed the step 2 form back to URF(see N-1 and N-1)which was also incorrectly rejected as untimly(see N-3)again the transfer was obvious because it stated on the step 2 grievance for that Plaintiff was at JCF.(see N-2).

25. Plaintiff then filed the grievance to step 3(see o-1 and O-2)which was ultimatly rejected as well.

26. After learning that the initial §1983 complaint was not mailed as Plaintiff believed Plaintiff went to his legal footlocker to get his copy to start recopying it only to find out that somehow it had vanished as well(note Plaintiff was not in possession of his foot lockers while in segregation at URF staff were).

27. Thus Plaintiff went thru the painful and exhausting task of attempting to redraft the initial §1983 medical complaint over again.

28. When Plaintiff began to run out of even scrap paper Plaintiff Put in a request to the law library for the Paper and carbon paper necessary to redraft the 3 copies of the initial §1983 medical complaint

29. Plaintiff at this time and all times before it has been indigent.

30. Defendant Elum denied Plaintiffs first request for the reasonable ammount of supplies Plaintiff requested(see exhibit E)This was a reasonable request considering the scope of the proposed §1983 medical complaint and the fact that it has over 88

defendants and covers 9 years

31. Defendant Elum  continues to reject and deny the great majority of Plaintiffs requests for supplies most of the time will not even provide Plaintiff a disbursment form and will provide only 25 sheets of paper and 2 sheets of carbon paper once a week to the Plaintiff(see exhibits P and Q).

32. Plaintiff only has access to the law library two times per week.

33. defendant Elum would state her reason for the rejections as "no not every day no its not going to happen".

34. At one point Plaintiff kited ever day for supplies (see exhibit s) and never even received a callout(see exhibit R)

35. Imeadiatly after Plaintiff put in his first request Defendant Elum started a campaign of harrsment and demeaning language against the Plaintiff.
In retalation for plaintiff attempt to litigate his medical issues and for filing grievances against her. Up to the point that as of 7/9/19 due to plaintiffs fear of her(see exhibit R-12).

36. At another point Defendant elum wrongfully removed plaintiff from law library callouts claiming Plainitiff was not coming to them. in an attempt to prevent Plainitiff from getting the supplies that he needed.(see exhibit T)

37. At one Point Plaintiff even went to Defendant Patzika in an attempt to get the supplies and was again denied(see exhibit U-1).

38. Plaintiff has exausted fully the complaints stated herein(see exhibit v and exhibit G.).

39. Plaintiff was even Placed wrogfully on modified access again in an attempt to stop him from grieving Elums misconduct.(see exhibit w).

40. Plaintiff also attempted to get help from the wardens forum(see exhibits X and H).

41. Plaintiff also sought the aid of defendants lindsey and kisor to correct defendant elums denials and/or supply the paper and carbon paper themselves.(see exhibit f).

42. Plaintiff tried to get a reasonable accomodation for a swintec 2416 DM CC typewriter but was denied(see exhibit B-1 thru B-4)Claiming that it was a grievance issue not an ada one.Even though many inmates own this typewriter and at one point it was an allowable purchase.(see exhibit J).Note The MDOC now allows inmates to Purchase tablets which have 100 or more times the memory and ability to store files.

43. Plaintiff suffers from many virtually debilitating chronic injuries and ailments that severely limit Plaintiffs ability to preform many of the major activities of every day life such as but not limited to: walking,standing,sitting, lifting pushing,pulling writing,holding things and more (see exhibit I for the injuries that have caused this)Plaintiff has been completely incapacitated by specialists (see exhibit Y).and was on social security disability for years prior to his conviction.

44. The conduct of Preventing a person from drafting and filing an initial complaint or any legal documents is a violation of the 1st,5th and 14th United states Constitution and mich.const.art.1§3,1§13 and 1§17.

45. The conduct described herein also violates the ADA,the rehabilation act and michigans elliot larson act.As it indicates both discrimination and retalation.

46. The conduct By defendant Elum described herein is completely preventing Plaintiff from filing the Proposed §1983 medical complaint with the 6th circuit courts.

47. The conduct described here in by defendant lindsey is completely preventing Plaintiff from filing the proposed §1983 medical complaint with the 6th circuit court.

48. The conduct described herein by defendant Kisor is completely preventing Plaintiff from filing the proposed §1983 complaint with the 6th circuit courts.

49. The actions described here in by defendant patzika are preventing Plaintiff from filing the proposed §1983 complaint with the 6th circuit courts.

50. the conduct described herein by defendants Michigan,MDOC,and JCF are impeding and/or preventing Plaintiff from filing the proposed §1983 complaint with the 6th circuit

7

courts.

51. The policies,practices,customs and/or procedures described here in are condoned,promulgated,implemented and/or approved of by all defendants listed herein and are violating Plaintiffs access to the courts and other constitutional rights and are inflicting unnecessary pain and suffering upon the plaintiff in violation of the 8th amendment and mich.const.art.1§16.

52. the actions described herein by Michigan,MDOC, and JCF are discriminating against Plaintiff whom is a qualified Person with a disability, By denying or impeding Plaintiff in access to the services,benefits and/or Programs at the facility(JCF) offered by Michigan,the MDOC,and JCF basicly consisting of access to any of the first amendment activities that require writing such as but not limited to:Access to the courts,writing home,writing supervisors,filing medical kites and grievances.And many other activities,benefits and programs.This is even causing Plaintiff unnecessary pain and suffering as sitting to write takes forever as does typing over and over various drafts (which a laptop or at the very least a swintec 2416 dm cc typewriter would lessen greatly) causes Plaintiff severe escalating pain in his hand,arm,back and neck.

53. There is a policy,practice,custom and/or procedure in place thruout the MDOC of Providing a reasonable amount of Paper(see Pd 05.03.118(H)without explaining or putting into place a procedure of how to determine what is "reasonable"."Reanonabilty" should be determined by the type of litigation,the duration of time in which it covers and the number of defendants it includes.In short the reasonablness of an inmate including the Plaintiffs request for paper to draft and file any sort of protected first amendment document should be determined on a case by case basis based on the criteria Plaintiff set forth above.

54. There is in Place at JCF a policy,practice custom and/or procedure of avoiding the requirements of the ADA,the rehabilation act and Michigans elliot larson act,By

8

claiming almost every reasonable request for accommodation made on the CSJ-562 form does not pertain to the ADA title 2. but is a medical issue that should be grieved(see exhibit B).

And if an inmate even mentions the ADA in a grievance such as stating a denial is retaliation or discrimination that grievance gets rejected wrongfully stating that it is an ADA issue and needs to be taken up on a csj-562 form(which is only a form to request a reasonable accommodation.

55. there is in place at JCF an unconstitutional Policy,practice,custom and/or procedure of only allowing indigent inmates such as Plaintiff 25 sheets of paper and 2 sheets of carbon paper one time per week.Even if the inmate shows as Plaintiff has that he correctly used the previously supplied paper.

56. There is in Place a Policy,practice,custom and/or procedure at JCF of denying inmates including the Plaintiffs reasonable requests for accommodations such as Plaintiffs request for a swintec 2416 dm cc and allowing his family to Pay for repairs and supplies(including legal supplies).All of which would be at no cost to any of the defendants.

57. There is in Place thru out the MDOC and unconstitutional Policy,practice,custom and/or procedure of requiring inmates whom have grievances to file at other facilities to Pay for the use of the grievance system.This is exhibited by the MDOC not having a state wide interdepartmental mail system and requiring inmates including the Plaintiff to Mail the Grievance forms or requests to other facilities thru the US Postal service at cost to themselves.The MDOC has countless vans,busses and other vehicles going from facility to facility every day and such a system would be no burden upon them to instate.

58. There is in Place thruout the MDOC a custom,policy,practice and/or procedure of charging the cost of legal supplies and legal postage to an inmate including the Plaintiffs account when the UNITED STATES SUPREME COURT in BOUNDS V SMITH has

clearly ruled this is to be at "state expense".This Policy,practice,custom and/or procedure is putting an undue burden on those indigent inmates including Plaintiff whom need to file any sort of litigation because it just puts those inmates further in the hole financially.

59. The actions described and to be described herein are preventing many inmates including Plaintiff from accessing the courts and exercising other first amendment rights.

59a. Plaintiff will be unable to file the proposed §1983 complaint for denial of medical care for approximately 9 years without this courts intercession.If not longer because every day that goes by is a new constitutional violation.

60. By withholding copies of Plaintiffs medical records Plaintiff is being denied court access By being prevented from identifying defendants and dates of occurances.and being specific in his facts and claims

61. By denying Plaintiff a laptop or swintec 2416 DM CC typewriter Plaintiff has been forced to violate the Rules and regulations of the facility and purchase one form another inamte on or about 8/7/19.which could be taken at any moment(purchased by having his  family send the money to that inmate.

62. At the risk of sanctions up to and including:detention,loss of privledges,loss of the typewriter,transfer,having Plaintiffs and the sellers account frozen and more.

63. Plaintiff suffers from severe Pain every day and the defendants herein know of this thru conversations,kites and interdepartmental staff meetings.

64. The defendants named herein are all aware that Plaintiffs only hope of getting the medical care that Plaintiff so desperately needs is to bring the denial of medical care claims in this honorable court and are preventing or at the very least delaying that possibility by refusing to provide Plaintiff with sufficient supplies to do so.

65. the defendants herein are also aware or should be aware that this would violate the 8th amendment and mich.const.art.1§16 because it is delaying and interfering with

16

Plaintiffs attempts to obtain needed Previously prescribed medical care.

66. The Plaintiff is being subjected to unnecessary pain and suffering due to this delay and prevention from filing the proposed §1983 medical claim in the 6th circuit.

67. Plaintiff is being denied access to the courts which is a benifit service and/or program offered by JCF,Michiga and the MDOC.thus Plaintiff is being discriminated against by defendants michigan.mdoc and JCF.

68. Plaintiff is currently at the time of the filing of the origional complaint and at the time of this amendment in imminent danger of serious Physical harm.As shown below:

## PLAINTIFF IS UNDER THREAT OF IMMINENT DANGER
## OF SERIOUS PHYSICAL HARM AT THE TIME OF THIS FILING

69. Plaintiff is currently suffering,at the time of filing the initial complaint and at the time of filing this amended complaint from severe chronic Pain that is not being treated effectivly.Leaving Plaintiff to suffer needlessly and this is being compounded by the defendants listed herein interfering with Plaintiffs access to the courts.

70. Such severe chronic pain has been held to satisfy the imminent danger threshold of the PLRA.See Freeman v Collins 2011 U.S.DIST.LEXIS 145723(holding that the failure to treat severe chronic pain may satisfy the imminent danger threshold)See also:Perz v wis.2005 U.S.DIST.LEXIS 32736(holding that section 1915(G)s' imminent danger requirement is satisfied by the petitioners allegation that he is presently suffering severe pain.

71. And Plaintiff is in severe uncontrolled pain now at the time of the filing of this complaint.

72. Plaintiff suffers from numerous chronic injuries and ailments (see exhibit I)That the defendants in the proposed §1983 medical complaint are refusing to treat and some they are even ignoring all together.Putting plaintiff at risk of

11

paralysis,further physical deteoration  and even death. and the defendants in this complaint are compounding that danger even more by intentionally interfering with plaintiffs attempte to draft and file the proposed initial §1983 complaint.

73. This also has been held to satisfy the imminent danger requirement of 1915(G).See vandiver v PHS 727 f3d 580 (6th cir 2013)("alleging a damger of serious Physical injury as a result of being denied adequate medical treatment for a chronic illness satisfies the imminent danger exception under 28 USC 1915(g)").

74. Plaintiff suffers from many previously diagnosed chronic ailments(see exhibit I) including but not limmited to extremely painful myopathy,parastisa,hypersensitivity and more.Which now at the time of filing this complaint are causeing Plaintiff severe unnecessary pain and that plaintiff is being denied adequate care for that is only being unnecessarily prolonged by the defendants named hereins interference.

75. This also has been found to meet the requirements of 28 USC  1915(g).imminent danger requirement.See:HAMBY V PARKER 2016 U.S.DIST.LEXIS 60359 which states ("the court finds that Plaintiffs allegations that for a period of months defendants have refused any medical care for his severe neuropathy condition and that Plaintiff has continuing Pain as a result of defendants failure to treat Plaintiffs known neuropathy condition adequatly alleges facts supporting an inference that Plaintiff is in imminent danger of serious injury,for purposes of the threshold inquiry required by 28 USC 1915(g).

76. Further by interfering with Plaintiffs attempt to file the §1983 medical complaint the defendants named here in are for the duration of the interfereance causing Plaintiff to be denied the medical care that his neurosurgeon ordered to treat Plaintiffs many chronic injuries and ailments.

77. This also has been held to satisfy the requirements of 28 USC 1915(g).See:Freeman v collins 2011 U.S.DIST.LEXIS 145723 which states"Plaintiff asserts that from november 2006 to the time of his complaint Dr.severy denied Plaintiff medication that his

14

specialist ordered...The court concludes that,If as accepted as true,these allegations are specific enough to indicate that Plaintiff was under threat of imminent danger at the time he filed his complaint".

78. Thus the defendants here and now are placing Plaintiff in imminent danger by the fact that thru their actions they are denying Plaintiff the ability to get a court order to obtain the medications previously parscrbed by his neurosurgeon(see exhibit I).

79. The Plaintiff must now also prove that the proposed §1983 complaint is not frivolous in order to substantiate this complaint for retaliation and denial of access to the courts.

80. The proposed §1983 complaint includes but is not limmited to such claims as outlined in exhibit AA(see exhibit AA).

81. In the proposed §1983 complaint the Plaintiff is alleging (1)that the defendants therein are refusing Plaintiff medical care for previously diagnoised conditions and have for over 9 years,(2)that this conduct is the cause of plaintiff new spinal damage at c2-c3 and t11-L,(3)That the defendants therein have subjected plaintiff to severe unnecessary pain and suffering thruout that time period and many other issues.

### PLAINTIFF HAS A RIGHT TO FILE GRIEVANCE AGAINST THE CURRENT DEFENDANTS
### AND THE FILE THE PROPOSED §1983 complaint without fear of retelation.

83. Plaintiff has a constitutional right to file grievances as well as the proposed $1983 medical complaint.This right is protected by The UNITED STATES CONSTITUTION unda amendments 1,5 and 14 as well as under michigan constitutional law under mich.const.art.1§3,1§13 and 1§17.

84. The gist of the problem is that defendants Lindsey,Kisor and Elum are doing everything in their power to Prevent Plaintiff from filing the initial §1983 medical complaint.In such a way as to violat Plaintiffs 1st,5th and 14th amendment rights as

*13*

well as Plaintiffs rights under mich.const.art.1§13,1§3 and 1§17.

85. Defendant Elum is even retaliating against Plaintiff by making threats to get
Plaintiff transferred if he doesn't stop asking for supplies,and taking Plaintiff
off callouts,and when Plaintiff finally managed to be put back on callouts has
harrassed plaintiff so much that Plaintiff had no choice but to stop going from
approximatly 7/9/19.

86. Plaintiff has even been denied ingigent status despite the fact that he requested it
as policy requires in july.Plaintiff even requested indigent status twice in July
just to make sure.which denies plaintiff the ability to obtain legal supplies.
Plaintiff has filed a grievance on this issue.

87. DefendantsMICHIGAN,MDOC,JCF,Elum,Lindsey Kisor and patzika are denying Plaintiff the
Paper and carbon paper that Plaintiff needs to file the proposed §1983 medical
complaint before he becomes time barred.

88. Defendants JCF,Michigan and MDOC are also denying the Plaintiff the special
accommodations that he needs to exercise his state and federal constitutional rights
to access the courts and due process.

89. By denying the Plaintiff the reasonable accommodations of letting Plaintiffs family
and friends order Plaintiffs legal supplies from an approved vendor,letting
Plaintiff obtain and use either a laptop and printer or a swintec 2416 DM cc
typewriter(purchased By Plaintiffs family).All at no cost to the Defendants.

90. The defendants even refuse to print out cases off of the lexis nexus computers for
Plaintiff to type up in his cell and insist that Plaintiff sit in the law library
for 2 long hours in severe Pain and write the cites out by hand even though this
causes Plaintiff great pain and most of the time Plaintiff can not even read his own
hand writing.

91. Plaintiff is under doctors orders so is unable to work to clear up his account or
purchase necessary legal supplies.

14

92. defendants Michigan,MDOC,JCF,LINDSEY,KISOR AND ELUM seem to believe that 25 sheet of paper a week is constitutionaly sufficient to provide court access.

93. Plaintiffs grievance filing and other litigation are protected first amendment conduct.That Plaintiff is attempting to engage in.

94. and that defendants Elum,lindsey and kisor are retaliating against Plaintiff for.

95. further the events here are not just happenstance but part of a concerted conspiracy to deprive the Plaintiff of his constitutional rights by defendants Michigan,MDOC,JCF,COREY-STRIKER,LINDSEY,KISOR AND ELUM.

96. There is evidence of an unspoken conspiracy to deprive plaintiff of the first amendment right to access the courts indicated by the fact that:

97. (1)defendant corey-striker destroyed the first §1983 medical complaint Plaintiff attempted to file.

98. (2)That defendants MDOC,MICHIGAN,JCF,LINDSEY,KISOR,PATIZKA AND ELUM are preventing Plaintiff from redrafting and filing the proposed §1983 medical complaint.

99. (3)by denying the Plaintiff the supplies that he needs.

100. and by defendant pullard denying Plaintiff the medical records he needs.

101. in order to draft and file the initial §1983 complaint.

102. Which has as a result completely prevented Plaintiff from drafting and filing the proposed §1983 complaint.

103. in fact defendant hemry could be said to be included because she has now told Plaintiff that she will not address anymore court issues(see exhibit v-11).

104. which in it self is a denial of access to the courts as 28 USC requires Plaintiff to exhaust all remedies.

105. grievance coordinator hemrys' refusal to consider any "court issues" fully exhausts any and all issues raised herein.

106. Defendant hemry has violated Plaintiffs first amendment right to address grievances by refusing to consider any more court issues.Expecially when Plaintiffs First

15

Amendment and other federal and state constitutional rights are being violated

daily for as long as Plaintiff is being denied the ability to file the initial

§1983 complaint.

107. Defendant hemry is herself retaliating against defendant by refusing to accept any

"court issues".

108. Defendant hemry has wrongfully rejected many grievances thus stepping outside the

bounds of her job description and violating plaintiffs substantial constitutional

rights.

109. Defendant hemry is stepping outside the bounds of her job description by refusing

to accept any "court issues" in retalation for Plaintiffs extensive

constitutionally protected grievance practice.

## CLAIMS FOR RELIEF

### DENIAL OF ACCESS TO THE COURTS

#### (denial of legal supplies.)

110. The failure of defendants MICHIGAN,MDOC,LINDSEY,KISOR,PATZIKA AND ELUM to provide

the plaintiff with the legal paper and carbon paper necessary for plaintiff to

redraft and complete the proposed §1983 medical complaint,is depriving Plaintiff of

his constitutional rights to access the courts and address grievances as well as

due process.Which are protect under the united states constitution under amendments

1,5 and 14.As well as under Mich.const.art.1§16.

110. The defendants named in 109. all either commited the direct violations or condoned

and or encouraged them.

### DENIAL OF ACCESS TO THE COURTS

#### (laptop or swintec)

111. Defendants MICHIGAN,MDOC AND JCF have failed to provide Plaintiff with adequate

accomodations for his disabilities and the denial of a swintec 2416 dm cc or a

laptop and printer are denying Plaintiff his constitutionally protected right to

16

access the courts and due proccess of the laws.

## C. RETALATION

112. Defendants corey-striker,lindsey,kisor,patzika and elum all retaliated against the
plaintiff in violation of Plaintiffs substantial stete and constitutional rights by
the conduct described herein.

Namely destroying the origional §1983 medical complaint and then refusing to
provide Plaintiff sufficent supplies to redraft it in a time manner.

113. defendant also retaliated against the Plaintiff by threatening to get Plaintiff
transfered. and general harassment and mistreatment as well as taking plaintiff off
law library callouts for over a week.

114. defendant hemry retaliated against plaintiff for filing grievances by first falsly
putting Plaintiff on modified access,falsly rejecting grievances and grievance
requests and then refusing to consider any more requests for "court issues"
grievances.

## D.DENIAL OF ACCESS TO THE COURT

### (destruction of legal documents)

115. Defendant destroyed or otherwise mishanddled Plaintiffs initial attempt to file the
proposed §1983 complaint by not ensuring that Plaintiffs legal mail which contained
the courts two copies of the proposed §1983 medical claim were Plaaced into the
mail.

## E.VIOLATION OF THE AMERICANS WITH DISABILITIES ACT,REHABILATION ACT AND

### MICHIGANS ELLIOT LARSON ACT.

116. Plaintiff has been totally disabled indeffiently (see exhibit y) and has many other
injuries and ailments(see exhibit I) and as a qualiefid person with a disability has
made many  Reasonable requests for accommodations from defendants MICHIGAN,MDOC AND
JCF OF:(a)either a swintec 2416 dm cc;(b)or a laptop and way to print.;(c)of allowing

17

Plaintiffs friends and family to order these items,and their supplies and legal supplies form approved vendors such as staples or office max etc.(d) and are refusing to print out copies of case laws(as they do for segregation prisoners)for plaintiff to take back to his cell and type out and return.

117. Plaintiff is a qualified person with a disability that (1)makes his handwritng virtually illegible,(2)causes him to be unable to sit for long periods of time such as that needed to draft legal document by hand in triplicate (note Plaintiff can not press hard enough to make 3 copies either).and (3) that makes such activities severely painful.

118. defendants MICHIGAN,MDOC,AND JCF are by the actions described herein depriving Plaintiff of the Programs,services and benifits of this facility(JCF) by the allegtions above that include but are not limmited to:(1)writing home,(2)drafting and filing legal documents,(3)and any other program,service and/or benifit that happens to require more then a few paragraphs of writing.


119. Thus defendants MICHIGAN,MDOC,AND JCF are discriminating against the Plaintiff under the AMERICANS WITH DISABILITY ACT,THE REHABILATION ACT AND MICHIGANS ELLIOT LARSON ACT.

### F.UNNECESSARY PAIN AND SUFFERING

120. By intentionally preventing Plaintiff from filing and redrafting the proposed §1983 medical complaint.Defendants MICHIGAN,MDOC,JCF,LINDSEY,KISOR,PATZIKA,ELUM AND COREY-STRIKER are all subjecting Plaintiff to unnecessary Pain and suffering because due to the delayment and/or prevention of the ability to file the proposed §1983 medical complaint they are preventing Plaintiff for obtaining a court order for the STATE OF MICHIGAN,MDOC,CORIZON AND OTHER UNKNOWN POTENTIAL DEFENDANTS to provide the effective course of care ordered by Plaintiffs neurosurgeon and that has been denied for over 9 years causing Plaintiff multiple new injuries and

exasperation of Plaintiffs Pain.

In violation of the 8th amendment and mich.const.art.1§16.

121. Defendants MICHIGAN,MDOC AND JCF have subjected plaintiff to unnecessary pain and suffering by denying Plaintiff necessary accomodations for Plaintiffs many injuries as pertains to this litigation.

### G.DENIAL OF ACCESS TO THE COURTS.

(denial of medical records)

122. Defendant Pullard is refusing to Provide the Plaintiff with copies of his medical records and charge the cost to his account. this is preventing Plaintiff from identifying defendants and dates and Places as required for soecifity thats required in the initial complaint.This is preventing Plaintiff from filing the proposed §1983 medical complaint with any kind of specifity.(see exhibit z).

123. Defendants MICHIGAN,MDOC AND JCF have delibratly changed their Policies and operating procedures from allowing indigent Plaintifss such as The Plaintiff to get copis of their medical records with Proof that they are for litigation.To refusing to provide indigent Plaintiffs such as Plaintiff with copies of their medical records unless they pay upfront.(see exhinit z)This is denying Plaintiff access to the courts because it is preventing Plaintiff from identifying Potential defendants names ,dates of occurences and locations of where they occurred,which in turn denies Plaintiff access to the courts and other constitutional rights.

/ 4

## H.CONSPIRECY

124. Plaintiff herby bring forth a claim of conspirecy between

MICHIGA,MDOC,JCF,COREY_STRIKER,LINDSEY,KISOR,PATZIKA,ELUM,HEMRY AND PULLARD,WETHER

spoken or unspoken,(2) to deprive of the rights garunteed him by

MICH.CONST.ART.1§3,1§13 and 1§17.As well as those garunteed him by UNITED STATES

CONSTITUTIONS 1,5 and(14the acts in furtherance of the conspirecy are as follows:

(a)the destruction of the original §1983 medical complaint.(b)the denial of

sufficient supplies to redraft and refile the origional complaint over

again,(c)the false denials of grievances,(d)the denial of medical records to

properly draft the origional complaint over again,(e)the denial of special

accomodations that would not cost the defendants a thing to use to draft and

complete the new §1983 medical complaint.

(f)the denial of law library time,Research accomodations and other issues

complained of contained in this complaint.(4)Have all combined to Prevent

Plaintiff from redrafting and filing the proposed §1983 medical complaint.

## RELIEF REQUESTED

(A) Declare that defendants MICHIGAN ,MDOC ,JCF ,LINDSEY ,KISOR ,PATZIKA ,ELLUM have

violated and/or are violating Plaintiffs substantial UNITED STATES CONSTITUTIONAL

RIGHTS under AMENDMENTS 1,5 and 14.As well as those guarantied under

MICH.CONST.ART.1§3 ,1§13 and 1§17.By refusing to provide Plaintiff the paper and

carbon paper he needs to redraft and file the proposed initial §1983 medical

complaint.Thereby denying Plaintiff court access.

(B) Declare that defendants MICHIGAN ,MDOC ,JCF ,LINDSEY ,KISOR ,PATZIKA ,ELLUM have

violated and/or are violating Plaintiffs substantial UNITED STATES CONSTITUTIONAL

Rights under the 8th AMENDMENT.As well as under MICH.CONST.ART. 1§16.By

intentionally delaying,preventing and or otherwise impeding the Plaintiff in his

2 o

attempt to File the proposed §1983 complaint with this honorable court Which is only drawing out and adding to the time that Plaintiff has to suffer needlessly before obtaining a court order for adequate medical care.

(C) Declare that defendants Michigan ,MDOC ,JCF and Pullerd are violating Plaintiffs substantial UNITED STATES CONSTITUTIONAL RIGHTS under AMENDMENTS 1,5 and 14 as well as under MICH.CONST.ART. 1§3,1§13 and 1§17 by refusing to Provide Plaintiff with copies of Plaintiffs medical records,thereby denying Plaintiff the ability to Identify Potential defendants ,dates ,times and other information that are contained therein. which are critical to the proposed §1983 medical complaint.

(D) That defendant hemry has violated plaintiffs substantial UNITED STATES CONSTITUTIONAL RIGHTS UNDER AMENDMENTS 1,5 and 14 as well as those under MICH.CONST.ART.1§3,1§13 and 1§17.By refusing to accept any more grievance requests that contain "court issues".

(E) That Defendant Hemry has violated Plaintiffs substantial UNITED STATES CONSTITUTIONAL RIGHTS under AMENDMENTS 1,4, and 14.By falsely rejecting grievances and grievance requests.

(F) Declare that MICHIGAN ,MDOC AND JCF have discriminated against the Plaintiff, Under the AMERICANS WITH DISABILITIES ACT ,THE REHABILITATION ACT AND MICHIGAS ELLIOT LARSON ACT.By denying Plaintiff the following reasonable accomodations:
(1)A swintec 2416 dm cc typewriter or a laptop with open office installed and some way to Print out the documents generated therein.
(2)The abaility to have Plaintiffs friends and/or family order needed typewriter and/or legal supplies from approved vendors.
(3)The ability to have copies off of the law libraries lexis nexus system in Plaintiffs cell to transpose.

(G) Declare that the discrimination by defendants MICHIGAN, MDOC and JCF also inflicted unnecessary pain and suffering upon the Plaintiff in violation of the 8th amendment

21

and mich.const.art.1§16.because forcing the Plaintiff to write causes Plaintiff great aditional pain.

(H) Give an injunctive order that the defendants should allow Plaintiff to own and possess either a swintec 2416 Dm cc or more preferably a laptop with open office or microsoft office installed and either a printer or a thumb drive and the ability to have the contents printed.

(I) Give an injunctive order for the defendants to ensure that Plaintiff has enough supplies to draft and file all documents necessary to the proposed §1983 medical complaint.

(J) Give an injunctive order for defendants to allow any legal supplies including those for a typewriter and/or printer to be purchased by Plaintiffs friends and families from approved vendors.

(K) Give an injunctive order to the defendants to provide plaintiff with copies of the caselaw off the law library computers for Plaintiff to transcribe in his cell and return.

(L) Give an injunctive order to defendants to ensure that plaintiff is allowed to file all properly drafted grievances and that the rejections if any be real and not false ones.

(M) Give an injunctive order to defendants to Provide Plaintiff a copy of Plaintiffs medical records and charge the cost to Plaintiffs account.

(N) Declare that the Policy,Practice and/or procedure of Providing only 25 sheets of paper at a time(week) in the MDOC is unconstitutional and that "reasonablness should be decided by the scope of the litigation not a persons feeling or a bank account or budget.

(O) Declare that The Policy,Practice and/or procedure in Place in the MDOC of requiring even indigent inmates whom are litigating their health care issues to pay up front for copies of their medical records before providing them is unconstitutional due

22

to the facts that it prevents inmates such as the plaintff from drafting and filing the initial §1983 complaint with the specifity required by court rules and subjects even valid §1983 complaints to dismissal in the early stages.

(P) Give an injunctive order that 4 hours a week law library access does not meet the constitutional requirements in Plaintiffs case and that the defendants are required to Provide Plaintiff with copies of the cases he requests to take back to his cell and keep and/or to transpose and return to the law library.

(Q) Give an injunctive order that Plaintiff is to be Provided a complete copy of his medical records to include any records obtained from outside sources and any of those in the hard copy file that are not in the electronic medical record .

(R) Award Plaintiff compensatory damages in the following ammounts:

(1)$40,000.00 from defendant MICHIGAN.

(2).$40,000.00 from defendant MDOC.

(3).$40,000.00 from defendant JCF.

(4).$40,000.00 from defendant COREY-STRIKER.

(5).$30,000.00 from defendant LINDSEY.

(6).$30,000.00 from defendant KISOR.

(7).$50,000.00 from defendant ELLUM.

(8).$30,000.00 from defendant PATZIKA.

(9).$40,000.00 from defendant HEMRY.

(10).$40,000.00 from defendant PULLARD.

(S).Award Plaintiff the following ammounts in Punitive damages:

(1)$40,000.00 from defendant MICHIGAN.

(2).$40,000.00 from defendant MDOC.

(3).$40,000.00 from defendant JCF.

(4).$40,000.00 from defendant COREY-STRIKER.

(5).$30,000.00 from defendant LINDSEY.

2 3

(6).$30,000.00 from defendant KISOR.

(7).$50,000.00 from defendant ELLUM.

(8).$30,000.00 from defendant PATZIKA.

(9).$40,000.00 from defendant HEMRY.

(10).$40,000.00 from defendant PULLARD.

(T). Award Plaintiff treble damages against all defendants or where apporiate if
available.

(U). Award Plaintiff any other relief as it may appear Plaintiff is entitled to.

(V) Declare all charges that have been debited to Plaintiffs account for paper and
legal Postage to be in violation of the supreme courts ruling in BOUNDS V SMITH 430
US 817 (1977) and order the defendants to remove the charges from Plaintiffs prison
trust account.

Respectfully,

DATE 8/16/19

SEAN RYAN 787263

3500 N.ELM ST.

JACKSON,MI.

49201

24

med                    DEFENDANT#_____

_____was/is plaintiffs medical provider from_____to
Despite the fact that the 8th amendment and mich.const.art.1§16
requires that the plaintiff be provided adequate medical care so that
he may not be subjected to unnecessary pain and suffering the
defendant at no time provided adequate medical care to the plaintiff.
The claims that follow below are putting plaintiff in imminent danger
of serious physical harm,today the date this complaint is filed as
well as in the past.See the following claims:

Claim_____Between_____and_____defendant_____,despite
Plaintiffs constant pleas for adequate effective treatment for his
chronic severe pain and mobility problems.Defendant
intentionally continued the same ineffective course of treatment
which he/she knew was and is resulting in plaintiffs ongoing severe
chronic pain and lack of mobility.This is a clear violation of the
8th amendment and mich.const.art.1§16.

claim_____ There is prevalent thru out the michigan prison system an
unconstitutional policy,practice,custom and/or procedure of denying
inmates including plaintiff whom suffer severe chronic pain the
redily available relief of narcotic pain medications unless they have
cancer.Defendant_____ Condones,implements,promulates and/or
otherwise supports this custom,policy,practice and/or procedure in
such a way that intentionally inflicted and still is unneccessary
pain and suffering on plaintiff in such a way as to violate the 8th
amendment and mich.const.art.1§16

AA-2

<u>claim</u>      The denial of adequate medical care for plaintiffs serious
medical needs begain on 12/27/10 by the state of
michigan,mdoc,corizon,and medical provider boomershine.and has/is being
continued by defendant_____and further to the day of this
filing and beyond.

   The violations contained herein are all part of one continious
happening,therefore defendant_____is responisible for not
only the inadequate medical care he/she provided to plaintiff but for
continuing the same ineffective care the plaintiff was subjected to
before becoming defendant_____ patient.thus defendant_____
actions and/or inactions are just one part of a continiouing
circumstance that is subjecting and has for years plaintiff to severe
pain and suffering in violation of the 8th amendment and
mich.const.art.1§16.aND that is placing plaintiff in imminent danger of
serious physical harm at the time of this filing.

   Indeed it has already caused plaintiff to have a new buldging disc at
T12-11

<u>claim</u>      Defendant was/is plaintiffs primary medical provider <u>from</u>
<u>to</u>      and thruout that time has refused plaintiffs many reasonable
requests for special accomodations that would be benificial tp plaintif
such as but not limmited to:an air gel mattress;seat cushion for his
wheelchair;a wheelchair with soft tires;no stairs and the many other
accomodations listed under the plaintiffs request for relief leaving
plaintiff to suffer needlesssly and in some caese be unable to function
when these reasonable requests would readily ease the suffering in
violation of the 8th amendment and mich.const.art.1§16.

claim _____ _____ to _____ defendant _____ had/is intentionally
ignoring the great majority of plaintiffs previously diagnoised
chronic ailments which include but arte not limmited to:carpol tunnel
syndrome;active c5 radiculapathies;l5-s1 active radiculapathies;broad
based disc buldge at c2-c3;active denervation;adhesive
capsulitis;submacrial brusitis;myopathy;mylopathy;facet joint
arithritis;cervical spondolysis;cervical myaligia;cervicalga;cervical
brachial radiculitis;lumbosacral
neuritis;hyperstesia;burning;tingling;itching;and more.

   leaving plaintiff to needlessly from the mydrid of previously
diagnoised conditions made by plaintiffs preincarceration
specialists,that were/are not being treated by defendant_____
and that are currently at the time of this filing placing plaintiff
in imminent danger of serious physical harm ;paralysis;falls;broken
bones and more...not to mention severe uncontrolled pain in violation
cf the 8th amendment and mich.const.art.1§13.


claim _____ From _____ to _____ defendant _____ was/is plaintiffs
medical provider._____ has violated the 8th amendment and
mich.const.art.1§16rights by refusing to follow the clearly effective
course of treatment ordered by plaintiffs specialist.Namely kadian 80
mg 2 times per day;vicoden 4 times per day;lyrica 100 mg 2 times per
day and cymbalta 30 mg once a day.This delibrate refusal to provide
plaintiff with a known effective pain treatment regimen by_____
is the direct cause of the unnecessary pain and suffering the
plaintiff has /is suffering while he is/was under defendant_____
care.Leaving plaintiff in imminent danger of serious physical harm
from 12/27/10 till date of this filing and beyond.

claim_____ The "medical care that defendant_____provided/is providing plaintiff from _____to_____is so clearly ineffective and coursery as to be no care at all.Plaintiff can easily order the tylonol and naproxyn that the defendants are providing off the store. himself without a doctors order.Subjecting plaintiff to severe unneccessary

pain and suffering during the entirity of defendant_____ care to plaintiff.In such a way as to inflict severe unnecessary pain and suffering on plaintiff in violation of the 8th amendment and mich.const.art.1§16.

Claim_____Defendant_____has/is denying plaintiff the ability to walk.Defendant_____clearly knows/knew or should have known that with the medications Kadian,vicoden,lyrica and cymbalta that the plaintiff could walk with a "normal gait".This is apparent from plaintiffs pre inceration medical records,which (1)plaintiff showed at every medical visitand(2)are in plaintiffs medical records here in the mdoc.To delibrately ignore this important information is delibrate indifference in violation of the 8th amendment and mich.const.art.1§16and is currently at the time of this filing placing plaintiff in imminent danger of serious physical harm and injury do to the deteration of plaintiffs mussles in his legs from lack of exercise and other damage from being forced to be wheelchair bound.at the time of this filing and before.

Claim_____ Defendant_____was/is plaintiffs primary medical provider from_____to_____.And during the entirity of that time refused to refer plaintiff to a neurosurgeon for specialist care Despite the knowledge that plaintiff was continiously under such care according to plaintiffs pre incarceration records.thereby inflicting severe pain and suffering on plaintiff in violation of the 8th amendment and mich.const.art.1§16.

claim____ From____ to____ defendant_____was/is plaintiffs primary medical provider and as such is responsible for treating plaintiffs severe pain.Defendant_____has/is despite plaintiffs many requests and a clear need refusing to refer plaintiff to a pain management specialist whom would actually examine plaintiff physically and treat each symptom of plaintiffs pain.Defendant clearly knew plaintiff was/is suffering from severe chronic pain caused by plaintiffs many previously diagnoised ailments.refusing to refer plaintiff is the same thing as refusing to treat that pain.Defendant_____delibrately kept plaintiff from a pain management specialist and therefore delibrately inflicted/is inflicting severe unnecessary pain and suffering on plaintiff in violation of the 8th amendment and mich.const.art.1§16.as well as placing plaintiff in imminent danger of serious physical harm at the time plaintiff filed this complaint.

claim____ Defendant_____was/is plaintiffs primary medical provider from____ to____ and as such had a constitutional duty to see that plaintiff recived adequate medical care while incarcerated under the care of the state of michigan.This constitutional obligation defendant_____Has clearly ignored and is refusing/has refused to comply with putting plaintiff at risk of serious physical harm such as but not limmited to:further spinal injury;further nerve damage;perment loss of the ability to walk;severe pain;loos of use of right hand;and moce.Thus subjecting plaintiff as well to unneccessary pain and suffering in violation of the 8th amendment and mich.const.art.1§16.

AA-6

claim_____Defendant_____ has from_____to_____ deliberately inflicted severe pain on plaintiff in violation of the 8th amendment and mich.const.art.1§16

claim_____Defendant_____never conducted a comprehensive physical exam on plaintiffalmost all visits consisted solely of verbal comunication.the physical exams that were done were so recklessly indifferent as to be none at all or worse to inflict aditional pain on plaintiff in violation of the 8th amendment and mich.const.art.1§16.


claim____defendant_____condones,supports,promulates and/or otherwise upholds the unconstitutional policy,practice,custom,and/or procedure of simply providing the least effective most basic medical care to inmates including plaintiff in such a way as to inflict unnecessary pain and suffering upon those inmates incluging plaintiff in violation of the 8th amendment and mich.const.art.1§16.

Exhibit X - 1

Cordless Form

Yison Ball

To grievence cordinator

From: Sean Ryan 787263 B-2 05/20/19

I am on modified access and am requesting a step one grievence form for the following issue:

**VIOLATION OF POLICY AND MY CONSTITUTIONAL RIGHTS BY LIBRARIAN ELUM .**

**POLICIES INVOLVED**

P.D.05.03.118(n)

P.D.04.02.105(Z)

P.D.03.02.130(K)

**CONSTITUTIONAL RIGHTS INVOLVED**

THE 1ST AMENDMEN

THE 14TH AMENDMENT

THE 8TH AMENDMENT

MICHIGAN CONSTITUTIONAL ARTICLE 1§16

**ATTEMPT TO RESOLVE**

On 05/02019 at approximately 9:10 am I spoke with Librarian Elum about the legal supplies i was requesting she refused to provide them saying "theres no pkolicy that states you can have that much paper" and "Get a court order".

I told her that this "was my attempt to resolve"and she said "ok".I then asdked for a copy of my disbursment "she said "its gone."I then asked her to sign the extra copy I had brought with me.She did so denying it.Syaing "file a grievence goto step1,2 and 3 the file a law suit and I will give you the paper."

**ARGUEMENT**

I am attempting to file a new 1983 lawsuit covering almost 10

*Exhibit*

BI-COUNTY ORTHOPEDIC SURGEONS, P.C. & CHESTERFIELD ORTHOPEDICS

RICHARD A. SCOTT, D.O.
STEVEN A. ACKER, D.O.
FREMONT L. SCOTT, D.O.
KENNETH A. SCOTT, D.O.

25625 SCHOENHERR
WARREN, MI 48089
(586) 759-4700
FAX: (586) 759-1504

30795 23 MILE RD., STE., 209
CHESTERFIELD, MI 48047
(586) 421-6000
FAX: (586) 421-7500

## CERTIFICATION OF MEDICAL CARE

Date _January 18, 2006_

To whom it may concern:

This is to certify that _Sean Ryan_

has been under medical care, and is/was:

☒ totally incapacitated from _January 18, 2006_ indefinitely

☐ partially incapacitated from _____ to _____

seen in the office on _January 18, 2006_
(Date)

May return to work/school _____

with the following restrictions: _____

_# seen in under the care_
_of neurologist Dr. Mayhew_
_will follow @ BCOS as needed_

Signed _Fremont Scott D.O. F-March_

Rev 1/05

SCF 0-3



STATE OF MICHIGAN

GRETCHEN WHITMER
GOVERNOR

DEPARTMENT OF CORRECTIONS
LANSING

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

107477

28E

**To Prisoner:**    Ryan         **#:**   787263

**Current Facility:**   URF

B-02

**Grievance ID #:**   URF-19-04-0952-28E

**Step III Received:**   6/4/2019

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of
Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

**Date Mailed:**

JUN 1 3 2019

cc: Warden, Filing Facility:  URF

O-2

4835-4248  5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator            Grievance Identifier: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|
at Step II: _____

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

RECEIVED MDOC
JUN 04 2019
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ by _____. If it is not submitted by this date it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Sean Ryan | 797710 | JC | R | | |

**STEP II — Reason for Appeal**

[handwritten, illegible]

| | Date Received by Step II Respondent: |
|---|---|
| **STEP II — Response** Placing in mail on 5/6/19 only in my possion 3 days. Already sent Hand made step III to lansing | |

| | Date Returned to Grievant: |
|---|---|
| Respondent's Name (Print) _____  Respondent's Signature _____  Date _____ | |

**STEP III — Reason for Appeal**  NO Response To STEP II
And The G-C and Warden at URF Have do
every thing possible To Avoid Leaving This Grievance
and processing it Properly.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III —** Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant



STATE OF MICHIGAN
**DEPARTMENT OF CORRECTIONS**
LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

107939
27B

**To Prisoner:** Ryan                    #: 787263

**Current Facility:**

**Grievance ID #:** JCF-19-05-0876-27B

**Step III Received:** 6/19/2019

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Date Mailed:**     JUL 0 9 2019

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

cc: Warden, Filing Facility:

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248 5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: 5/24/19

Grievance Identifier: JCF19105T 876127 b

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the gold copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

RECEIVED MDOC
JUN 19 2019

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
GC _____ by 5/31/19. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Sean Ryan | 787263 | JCF | B-2 | 5/2/19 | 5/22/19 |

**STEP II** — Reason for Appeal  I Grieved The issue as specifically
applied To me and Thus complied with PD 05.03.118 H,I.
when I said on The Step I Grievance Form
"I Am being denied access To The courts." And
addressed in The attachment That I created
a More "Reasonable" quantity of supplies Due To The Case
size of my Litigation. (Notice "I" and "my"

RECEIVED MAY 23 2019

**STEP II** — Response

Date Received by
Step II Respondent: 5/28/19

See Attached

| A. Wade Heel | M Wade Ayer  6/6/19 | Date Returned to Grievant: 6/7/19 |
|---|---|---|
| Respondent's Name (Print) | Respondent's Signature   Date | |

**STEP III** — Reason for Appeal  Once again improperly Reject
This is on how its Being applied To me

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

To:grievence cordinater
From Sean Ryan 787263   B-2   7/30/19
                    request for a step one grievence form
                         attempt to resolve
klted wardens office on 7/29/19
                         issue is
     I have been attempting to draft a legal document to file in
the court and warden lindsy,deputy kiser,librarian elum and corey-
striker have been preventing myself from doing so in violation
of clearly established first amendment law.See:Bounds v Sminth
430 us 817(1977) which clearly states"indigent inmates must be
privided at state expense,with paper and pens to draft legal documents
with notirial services and with stamps to mail them.
     iam not being provided with the paper necessary to "draft legal
documents" as ruled must be provided me over 40 years ago.
this is a clear intentional violation of my first amendment rights.

                         relief requested
Providede me the paper needed to pursue my 1983 legal a  claim.
the ammount of paper is fully reasonable as it is nessary to serve
on 88 defendants.

The Warden hasn't stopped you. He doesn't work in library.
+ isn't the staff most directly involved to attempt to
resolve with. Denise
                              8/6/19

*Exhibit B-1*

*Ryan 787263,*

*You Cannot appeal an issue through this process, that does not Qualify as a RA. This is a Health Care issue.*

*Teesa Luna 4-12-19*

# MICHIGAN DEPARTMENT OF CO[...]

## MEMORANDUM

*"Committed to Protect, Dedicated to [...]*

DATE:     3/12/19

TO:       Ryan #787263  *J4 B6*

FROM:     ADA COORDINATOR, C. McCumber-Hemry

SUBJECT:  Attached CSJ-562

Your concerns do not pertain to a Title II ADA request and should be addressed through Health Care/Mental Health or the Prisoner/Parolee Grievance Process.

Per PD 04.02.105 and DOM 2019-15 indigent loans are not permitted for this item

*Clearly an Ada Issue Between access To The courts and 1st amend ment are "programs and services provided by The facility. and Further P.D. 04.06.160 (P) Clearly states a mental accommodation can Be purchased or donated*

*Please Contact ADA coordinator King dryer at ARF To Fax you The Exhibits*

*Exhibit B-2*

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**OFFENDER ADA REASONABLE ACCOMMODATION REQUEST / APPEAL**

CSJ-562
02/18

| Date Received: 3/12/19 | ADA Request / Appeal Identifier (to be completed by MDOC staff) |
|---|---|

**INFORMATION**
- This form is to be used for an ADA related reasonable accommodation request / appeal pursuant to PD 04.06.155.
- This form is NOT a means to address concerns related to the quality of medical care and treatment.
- This form is NOT a means to address discipline, classification, transfers, staff misconducts or problems related to your criminal conviction or charges.

**INSTRUCTIONS**
- Please type or print legibly and submit to the Worksite Offender ADA Coordinator.
- All sections must be completed in order to process this form.
- This reasonable accommodation request / appeal will not be processed unless it contains sufficient information about your needs.

| Offender Number | Offender Name | Offender Signature | Facility / FOA Office | Lock Number | Today's Date |
|---|---|---|---|---|---|
| 787263 | Sean Ryan | | JCF | | 3/9/19 |

Reasonable Accommodation Request: ☒            Reasonable Accommodation Appeal: ☐

Describe what programs, services or activities you are requesting/appealing to participate in:
Legal, Legible Writing Legal Access To The Courts, Legible letters home.

Describe in your own words the limitations caused by your condition for which you are requesting reasonable accommodation(s). Use additional pages if necessary. You may include any documentation necessary:
I have documented diagnosed Carpol Tunnel Syndrom in Right wrist plus multiple injuries and nerve demage in the cervical area that makes my hand writing virtually illegible and prevents me from making clear carbon copies. And it gets worse the longer I write.
(See A-2, 3, 50, 13, 207, 49, 48, 46, 47, 41-45, 206, 218)

Describe any reasonable accommodation(s) you believe you need in order to participate in services, programs or activities:
① A Typewriter (costs $310)
② Or a Cheaper option would be a J Pay Tablet & Key Board (costs $60)
I am indigent.
Medical claims these are not available accommodations thus it is a ADA issue. Note accommodation #2 would require free copies of what I type.
**(Do not write below this line)**

**WORKSITE OFFENDER ADA COORDINATOR COMMENTS:** ████

Prisoner Signature (acknowledges meeting with the Worksite Offender ADA Coordinator)

| Coordinator Name (Print) | Coordinator Signature: | Date of Meeting |
|---|---|---|
| McCumber-Hemy | | |

DISTRIBUTION: WHITE, GREEN – Statewide Offender ADA Coordinator; PINK – Retained by Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care

4835-7549
CHJ-549 11/05

## HEALTH CARE REQUEST

B-3

### PRISONER: COMPLETE SECTIONS A THROUGH D

**A.** NAME: Sean Ryan                                    FACILITY: JCF

NUMBER: 787263        LOCK: B-2        DATE: 5/14/19

**B.** This Health Care Request is for the following (check one or more): ☐ Health Record Copies        ☐ Non-urgent

☐ Dental   ☐ Medication Refill   ☑ Medical   ☐ Optometry   ☐ Mental Health        ☐ Urgent

**C.** I have the following problems/symptoms: Need AN permanent accommodation For a Swintec 2416 OMCC Type writer. The Need is medically indicated. As I have previously diagnosed Carpol Tunnel Syndrome, Adhesive capsulitis and sub acromial bursitis in Both shoulders, Neuropathy, spondalosysis and many more PREVIOUSLY DIAGNOISISED MEDICAL CONDITIONS. AND HAVE

**D.** NOTICE TO PRISONER Extensive Legal work To do. The medical accomodation policy does allow this Item.

You will not be denied health care services for lack of personal funds. However, if your account does not have adequate funds, the copayment will be considered an institutional debt and shall be collected as set forth in PD 04.02.105, "Prisoner Funds".

Signing this document formally requests treatment. In addition, it authorizes the DOC to treat or arrange treatment for you and to release any necessary medical information to facilitate that treatment, to review treatment, to respond to a related grievance, or to review any appeal you may make regarding the Department's decision to charge for the care.

I have read Section D above, or it has been read to me and I understand that I will be charged $5.00 for my health care visit unless it is for one of the reasons listed below in Section F. If I am charged for this visit, I agree that the $5.00 may be taken from my account.

Prisoner Signature:                                     Date: 5/14/19

### PRISONER: DO NOT WRITE BELOW THIS LINE

**E.** INSTRUCTIONS TO PRISONER

An appointment has been scheduled for you on:        Date:

| Signature: | Title: | Provider #: | Date: |
|---|---|---|---|

**F.** COPAYMENT        (to be filled out by health care):

Note:   If none of the exceptions listed below apply, check the box below and a copay will be charged.

Care that is:
- requested by a QHP (includes transfer assessments, chronic care clinics, intake and annual screening, and required follow-up care)
- for injuries that are work-related as documented by the prisoner's work supervisor
- requested for testing for HIV, STD's, infestations, or reportable communicable diseases
- requested for evaluation, consultation, or treatment of a mental health need
- prompted by a medical emergency (see Section I of the policy, if self-inflicted)

☐ I have reviewed the visit of _____ and certify none of these exceptions apply.
                                    Date

| Signature: | Title: | Provider #: | Date: |
|---|---|---|---|

Distribution:   White - Health Services,   Canary - Prisoner,   Pink - Business Office

*B-4*

## MICHIGAN DEPARTMENT OF CORRECTIONS

 **Kite Response**

---

| | | | |
|---|---|---|---|
| **Patient Name** | Sean Ryan | **Age** | 46 Years |
| **Date Received** | 05/15/2019 | | |
| **Time Received** | | | |
| **Taken By** | Elizabeth A. VanAuken, RN | | |
| **Date Initiated** | 05/14/2019 | | |

---

### Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 05/15/2019 | 2:30 AM | Elizabeth A. VanAuken, RN | Schedule Chart Review/Update approx 05/17/2019 with Physician by Elizabeth A. VanAuken, RN.  Kite details: Need an permenent accomodation for a Swintec 2416 DMCC type writer The need is medically indicated as I have previously diagnosed carpal tunnel syndrome, Adhesive capsulitis and submacrial bursitis in both shoulders, neuropathy, spondaloyisis, and many more previously diagnosed medical conditions. And have extensive legal work to do. The medical accomomations policy does allow this item.. |

<u>Medical Question</u>

Detail: Need an permenent accomodation for a Swintec 2416 DMCC type writer The need is medically indicated as I have previously diagnosed carpal tunnel syndrome, Adhesive capsulitis and submacrial bursitis in both shoulders, neuropathy, spondaloyisis, and many more previously diagnosed medical conditions. And have extensive legal work to do. The medical accomomations policy does allow this item..

Ryan, Sean
787263
01/27/1973

1/1

β-5

# MICHIGAN DEPARTMENT OF CORRECTIONS

## MEMORANDUM

### *"Committed to Protect, Dedicated to Success"*

DATE: 8/5/2019

TO:    787263 Ryan  B-2

FROM: ADA COORDINATOR, L. Wilson-Mask

SUBJECT: Attached CSJ-562

"Your concerns do not pertain to a Title II ADA request and should be addressed through the grievance process.

MICHIGAN DEPARTMENT OF CORRECTIONS

**OFFENDER ADA REASONABLE ACCOMMODATION REQUEST / APPEAL**

CSJ-562
02/18

| Date Received | ADA Request / Appeal Identifier (to be completed by MDOC staff) |
|---|---|

### INFORMATION

- This form is to be used for an ADA related reasonable accommodation request / appeal pursuant to PD 04.06.155.
- This form is NOT a means to address concerns related to the quality of medical care and treatment.
- This form is NOT a means to address discipline, classification, transfers, staff misconducts or problems related to your criminal conviction or charges.

### INSTRUCTIONS

- Please type or print legibly and submit to the Worksite Offender ADA Coordinator.
- All sections must be completed in order to process this form.
- This reasonable accommodation request / appeal will not be processed unless it contains sufficient information about your needs.

| Offender Number | Offender Name | Offender Signature | Facility / FOA Office | Lock Number | Today's Date |
|---|---|---|---|---|---|
| 787263 | sean ryan | | JCF | B-2 | 7/25/19 |

Reasonable Accommodation Request: ☒    Reasonable Accommodation Appeal: ☐

Describe what programs, services or activities you are requesting/appealing to participate in:

ACCESS TO THE COURTS AS PROVIDED BY P.D.05.03.116;andP.D.05.03.118 and P.d.05.03.115.
As well as the rights garunteed me under mich.const.art.1§3;1§13 and 1§17 as well as the u.s. constitutional articles 1,5 and 14. namely freedom of speech,access to the courts,due pnoccess of law and other rights garunteed and that this facility offens as a serv ice,benifit and/or program

Describe in your own words the limitations caused by your condition for which you are requesting reasonable accommodation(s). Use additional pages if necessary. You may include any documentation necessary.

My hand writing is almost totally illegible and i can not work eitthen therefore i can not make the funds to pay for the repairs nor can my family or the courts understand my hand writing,this is due to

the chronic severe nerve damage,carpel tunnel,herniated discs(i've had 4 surgeries so far) and now have new cervical injuries as well. this causes severe pain and makes my hands almost unusable alot of the tim

Describe any reasonable accommodation(s) you believe you need in order to participate in services, programs or activities:

I hereby request to be allowed to have my fatyher inlaw send in a pre paid postage sticker to ship my typewriter to swintec for repains and that he be allowed to pay swintec directly for these repairs and additi- onal supplies such as typewriter ribbens and correction tape as well as replacement print wheels.
I have a no work detail so cannot earn the money,(nor could i in a reas enable time),100% of my fun(Do not write below this)elated and cansiden this a "dep

WORKSITE OFFENDER ADA COORDINATOR COMMENTS:

Rin Coery - Striker     F+h2/TC

## MICHIGAN DEPARTMENT OF CORRECTIONS
## DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER)

4835-3318
CSJ-318  05/02

**Please PRINT clearly illegible and/or incomplete forms will not be processed.**

Q-1
Lock

KRI
Institution

787263
Prisoner Number

Sean Ryan
Prisoner Name (Print Clearly)

☑ Legal Postage     ☐ Filing Fee  $_____     ☐ Certified Mail (Must Be a Court Ordered Requirement)

☑ New Case     ☐ Case Number _____

Pay To: ____KF____

Mailing Address: ____US Di____ ____C____ ____Chn____
____231 IN Lafayette Bl. Rm 3L6____
____Detroit MI  48226____

---

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.

☐ Not hand delivered to authorizing staff member.     ☐ New case or case number not on form.

☐ Does not include court order for handling as certified mail.     ☐ Other _____

☐ Prisoner refused to sign & date in staff member's presence.     _____

---

**Only Business Office Staff are to Write in the Section Below**

| Obligation Amount | | Actual Expense | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ Court filing Fee Denied due to NSF.

Date Posted: _____

Date & Time Copy Sent to Prisoner: _____

Processed By
(Print Name & Title): _____     Signature: _____

DISTRIBUTION:   White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner

*Exhibit D*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

THEODORE LEVIN UNITED STATES COURTHOUSE, 231 W. LAFAYETTE, 5TH FLOOR DETROIT, MI 48226-2797
PHONE:  (313) 234-5000

Date 2/28/19

The enclosed document(s) are being returned to you for the following reason(s):

- [ ] No case number on document

- [ ] The documents were sent to the wrong court

- [ ] We do not carry the forms that you are requesting

- [ ] Enclosed is a docket sheet, please identify which documents you are requesting

- [ ] Service documents are being returned. The court will notify you when they are needed

- [x] Other: We do not have any new cases for you from 2019

Sincerely,

Deputy Clerk

I have enclosed docket sheet from a 2017 case

*Exhibit E*

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.        Date: *5-2-19*

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| *787263* | *Ryan* | *JCF* | *B-2* |

Pay To: _____

Address: _____          Cost/Amount

_____          $ _____

Reason/Description: (If to relative, identify relationship) *Indigent legal supplies*
*in the 1983 Claim    (88 Overdrawn)*

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Add # claims 4234 Shees paper (sedication) | | | | | | $ | $4.24 |
| | med in gender 18 double x = | | | | 198 sheets | | | 1.98 |
| | Ada claims 18 double x 2 pil = | | | | 36 sheets | | | .36 |
| | Ryan Copies s two pil med in med double | | | | | | | |
| | | | | | | | | |
| | To 9396 | | | To Make + Copies | | | | 93.96 |
| | Copy paper | | | | | 350 | | |
| | pen | | | | | 1 | | |
| | | | | | | | | |
| | | | | | | | | |

*denied*

Sub-Total _____ $ _____

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ _____

*R R          5-2-19*

Prisoner's Signature          Date          Deputy Warden or Authorized Agent          Date

*H. E. Ohn     5/2/19*

R.U.M. or Authorized Agent          Date          Warden of Authorized Agent          Date

| | | |
|---|---|---|
| | | |
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

Exhibit

To: Warden Lindsey 5/9/19

CC: Warden Lindsey

To grievance cordinator

From: Sean Ryan 787263 B-2 05/06/19    I Need Your Help

I am on modified access and am requesting a step one grievence

form for the following issue:    For This Issue

## VIOLATION OF POLICY AND MY CONSTITUTIONAL RIGHTS BY LIBRARIAN ELUM .

Resent On 5/9/19

I was NOT OF MA when I sent This To You

I'm seeking Your Help Not a Grievence!



### POLICIES INVOLVED

P.D.05.03.118(h)

P.D.04.02.105(Z)

P.D.03.02.130(K)

### CONSTITUTIONAL RIGHTS INVOLVED

THE 1ST AMENDMEN

THE 14TH AMENDMENT

THE 8TH AMENDMENT

MICHIGAN CONSTITUTIONAL ARTICLE 1§16

### ATTEMPT TO RESOLVE

On 05/02019 at approximately 9:10 am I spoke with Librarian Elum about the legal supplies i was requesting she refused to provide them saying "theres no plolicy that states you can have that much paper" and "Get a court order".

I told her that this "was my attempt to resolve"and she said "ok".I then asdked for a copy of my disbursment "she said "its gone."I then asked her to sign the extra copy I had brought with me.She did so denying it.Syaing "file a grievence goto step1,2 and 3 the file a law suit and I will give you the paper."

### ARGUEMENT

I am attempting to file a new 1983 lawsuit covering almost 10

2019 MAY 10 AM 10: 22 JOE WARDEN'S OFFICE RECEIVED

F,2

years and 88 defendants.This requires an extra ordinary Yet Reasonable
ammount of Paper and carbon paper.P.D.05.03.118(h) at the relevant part
states:

  Additional writing materials,including typing paper for legal work,
Carbon paper,and metered envelpes shall be available for prisoner
purchase in cfa facilities as set fourth in P.d.04.02.130"prisoner
store"Funds to purchase a reasonable Quantity of carbon paper and to
purchase oversized envelopes of a suffecient size to mail legal
materials to a court,an attorny or a party to a lawsuit due to pending
litigation,<u>INCLUDING THE INITIAL FILING AND SERVICE OF A LAWSUIT,SHALL
BE LOANED TO A PRISONER WHOM LACKS SUFFICIENT FUNDS,UPON DEMONSTRATED
PROOF BY THE PRISONER THAT THE ITEMS ARE FOR LITIGATION..."</u>

     I showed Librarian sherman the origionals of the materials that I
needed to reproduce on 4/30/19 when i turned in the disbursment and
librarian Elum wouldn't give me a cnance.

  This also violates P.D.04.02.105(Z) which states:"Funds shall be
loaned to prisoners who lack sufficient funds in their trust account to
purchase any of the following:.....(3)Postage and writing materials for
litigation as set forth in P.D.05.03.118"priosner mail" ....."
This also has the appearance of retalation for attempting to file this
suit.Thus it violates P.D.03.02.130(k)
 And it is a clear violation of P.D 05.03.118
Because without the paper it is completely denying me access to the
courts.
The denial of sufficient paper and carbon paper by librarian Elum is
also violating mY constitutional rights.
Namely The fist amendment which protects my constitutional right to
access the courts and address grievences.(and this is also a retalation

F_3

violation under the 1st amendment) as well as the 14th amendment which

garuntees me the right to due proccess of law.

Lastly this violates the 8th amendment and MICH.CONST.ART.1§16.Due to

the fact that the lawsuit is on the denial of adequate medical care

covering the period from 12/27/10 thru todays date.

nd preventing me from filing this lawsuit or even delaying it subjects

me to unnecessary pain and suffering,which is considered cruel and

unusual punnishment which both constitutional articles (fedral and

state.)

        More so because she is by witholding the necessary supplies

condoning the inadequate healthcare I'm reciving.

She also told me That "you can have 25 sheet of paper at a time"

This is not adequate at that rate it would take me 1,989 days just to

finnish the first copy.(anll I need 2 more copies for the court PerE.D.

MICH.LR 5.1(b)(2) "an origional and one copy of all papers must be

filed")

  The Lawsuit covers a time period From 12/19/10 until todays date and

has a total of 88 defendants.This is not a small litigation and to make

matters worse I must make specific alleganions against each defendant

and can not for instance say defendant 1 condones the actions of

defendants 2,3,4,5,6. I must say defendant 1 condones the actions of

defandant 1,defendant 1 condones the action of defendant 2,....and so

on it makes for lengthy litigation. and i must state specificly that

they caused me harm and that its violatying my 8th amendment and

michigan constitutional article 1§16 rights. For each claim.

the claims that apply to all 88 defendants alone is 45 pages long. so

for 88 defendants in just the origional copy that would be 4,224 sheets

of paper.then it needs to be doubled again

F-24

another is 11 pages long and applies to 19 defendants so would be 198 pages long and again would need to be doubled.

So as you can see it takes alot of paper to file a lawsuit that covers so much abuse.

By so many people. and I have limited my claims to limit the amount of paper i need and the future photocopy fees.I could easily have drafted a complaint that was well over 10,000 pages long.But chose not to for brevities sake

I need the supplies to file this lawsuit as garunteed By policy and the state and fedral constitutions.

## RELIEF REQUESTED

1)The 4,698 sheets of typing paper I need to finnish out the first copy of the initial complaint

2)the approximatly 350 sheets of carbon paper that I need to complete the initial complaint.

3)and the 9,396 sheets of typing paper that I need to make the 2 copies for the court.

5)And sufficient additional carbon paper to make those copies.
Unless of course the facility rather make photocopies? then that would be a reasonable accomodation as well.

6)$1,000.00 per day in compensatory and 1,000.00 per day in punative damages per day for every day from today that I am delayed in the completion of the initial filing of this initial filing of this lawsuit.

## CLOSING

I can see calling a need for such a large ammount of paper unreasonable if I only had 3 or 4 defendants and it covered only a few

months.But alas this is not the case.The lawsuit covers over 9 years and has almost 100 defendants in total.Thus my request is well within "reasonable" limmits.

F-6

TO: WARDEN LINDSEY DATE 7/5/19

FROM: SEAN RYAN 787263 UNIT B CELL 2

return

I am respectfully requesting that you meet with me on or about : july 16th 2019 to see if we can come to some sort of resolution as to the continious violation of my 1st,4th and 14th amendment U.S. constitutional rights,The vielation of the rights garunteed me by michigan constitutional article 1§3,1§13 and 1§17 and policy.namely the fact that I'm being totally prevented from filing and even being retaliated against for attempting to file the origional 1983 lawsuit for denial of adequate medical care by 88 defendants covering 10 years of unnecessary pain and suffering I'm still only being provided 25 sheets of paper and 2 sheets of carbon paper at a time and mostly only once a week.and Librarian Elum makes me beg for it.

This is nowhere near "a reasonable quantity of paper as required by the policy,the us and michigan constitutions

Reasonableness is determined by the scope of the litigation. sure if an inmate is suing 1 docter and maybe cerizen then 25 sheets of paper and 2 carbon papers is sufficent.(possibly) but in my case there is 88 defendants and more then 2 claims per defendant. and it covers more then 10 years. so 25 sheets of paper at a time is a joke and as is 2 sheets of carbon paper.

Further this will take me 7 years to complete at this rate and the statue of limitations is 2 years thus only providing me 25 sheets of paper a week and 2 carbon papers is in effect preventing me

Your rights are not being violated You are given every opportunity to have access to the courts & provided an appropriate & reasonable amount of supplies in which to do that

F-7

TO: DEPUTY KISOR   DATE 7/5/19              ← return
FROM: SEAN RYAN UNIT B CELL 2

Can you please meet with me on or about 7/11/19 so that we can discuss the need I have for a truely reasonable ammount of paper and carbon paper so that I may exercise my 1st, fifth and fouteenth amendment rightsas well as my michigan constitutional article 1§3,1§13 and 1§17 rights. So I can complete and file the 1983 litigation that I have been trying to file since january of 2019. 25 sheets of paper at a time and 2 sheets of carbon paper are a joke. and this is completely stoping me from filing this litigation an act that is protected by the first amendment.

You said previously that we would "figure something out" well its been almost 2 months and i'm still having to deal with librarian Elum yelling at me talking about gertting me fransfered and other threats and misstreatment just to get 25 measly peices of paper that i'm finnished with in less then 3 hours after getting back to my cell (remember I have to reproduce everything in triplicate, one copy for me and 2 for the court.)

This kind of misconduct is not only detering and preventing me from filing this claim but in fact will prevent me from ever filing it because at 25 sheets of paper a week [day] it will take 7 years to complete.

and each day that goes by without my reciving the medical care I so desparatly need only makes the complaint longer thus needing more paper.

further every day that i'm delayed in filing this complaint is itself subjecting me to unnecessary paIN AND SUFFERING DUE TO MY CHRONOIC CONDITIONS. because each day that i'm being delayed is one more day that it will take for the court to enderr adequate medical care.

You've been given a reasonable amount of paper So it has been "figurd" out. 25 pieces of paper & 2 sheets of carbon is more than reasonable. There is no [...] at the library is being more than generous and following policy & ref [...]

*Exhibit G*

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I ___5/14/19___  Grievance Identifier: __JCF 19 05 1876 27 16__

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Leon | 787263 | jcf | B-2 | 5/2/19 | 5/9/19 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why.   **SEE ATTACHED**

Please note this is my 3rd attempt to file this grievance the first was on 5/2/19 the G.C. said it was extraneous and to condense it the 2nd was on 5/6/19

- State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
- Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

I am being denied access to the court

I am being denied access to the courts by the following:

see attached

_____
Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☑ No    If No, give explanation. If resolved, explain resolution.)

_____          _____          _____          _____
Respondent's Signature              Date              Reviewer's Signature                Date
Respondent's Name (Print)       Working Title       Reviewer's Name (Print)         Working Title

| Date Returned to Grievant | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit G

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

DATE:        5/14/2019

TO:        RYAN                787263          LOCATION:   JCF        B2

FROM:    Grievance Coordinator:  McCumber-Hemry

SUBJECT:   Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding        policy/proc. PD05.03.118 H. I
was received in this office on   5/14/2019        and was rejected due to the following reason:
**A grievant may not grieve the content of policy or procedure except as it was specifically applied to
the grievant.  If a CFA prisoner has a concern with the content of a policy or procedure, s/he may
direct comments to the Warden's Forum as provided in PD 04.01.150 "Prisoner Housing Unit
Representatives/Warden's Forum".**

Any future references to this grievance should utilize this identifier:

         JCF        /   2019  /   05  /  0876   /  27B

_____  5/14/19        _____  5/15/2019
**Respondent**                    **Date**        **Reviewer**                **Date**

Exhibit G

3rd attempt
To File

To:grievence cordinator

From:sean ryan 787263 B-2 5/7/19

I'm on modified access this is my 2nd attempt to get a step one grievence you said the first was to extrenous and that i should condese it and resubmit so any delays not my fault.

Pleasae send me a form for the following issue.

**violation of my constitutional rights by librarian elum and unknown**

violation dates:5/2/19 and 5/6/19

### policies involved

p d 05 03 118(H)

P.D 04 02.105(Z)

P.D.03.02.130(K)


### constitutional rights involved

the 1st amenedment

the 14th amendment

the 8th amendment

mich const art 1§16.


### attempt to resolve

spoke with librarian elum and should her the documents i was preparing

On both 5/2/19 and 5/6/19

as well as kiting the adw of housing and warden on 5/6/19.


### arguement

Iam being denied sufficent( and now any)paper and carbon paper to file my 1983 initial claim covering 10 years and 88 defendants

Exhibit G

This is violating policy and my constitutional rights as listed above. This is preventing me from even completing the 1st copy let alone the 2 copies that the court requires

## relief requested.

1)the 4,998 sheets of paper that i need to complete my 1983 litigation 1st copy.

2)the approximatly 350 sheets of carbon papper i need to complete the first copy of the 1983 litigation.

3)the 9,398 sheets of paper that i need to make the courts 2 copies.

4)sufficent additional carbon paper to make the courts 2 copies.

5)$1,000 per day in punctve damages for every day from 5/2/19 that i'm delayed in filing the 1983 initial complaint.

6)because the 1983 initial complaint is on the lack of medical care i'm reciving and Elum knows this also $1,000 per day for compensatory damages for the constitutional violations above and the continued pain Elum is subjecting me to by delaying the filing of this 1983 litigation.

7)$500.00 per day for the retolation aspect of this grievence due to the fact that Elum is retaliating against me for attempting to sue the mdoc and other defendants in my 1983 claim

## closing

The amount of paper and supplies I'm requesting is reasonable considering the large amount of defendants and the large time period combined with the need for specifity and the fact that i have to show a continuing violation over the time preiod.

I am open to options such as giving me portions at a time and requiring me to show my work to get more photo copying the additional 2 claims etc ..

Exhibit H

TO WARDENS Forum

FROM Sean Ryan 781263 B-2 5/20/19
Given To wardens Forum Representative on 5/17/19

I WAS Told ThAT I had To exaust This issue Thru The wardens Forum

10 Sheets OF paper and 1 Sheet oF Carbon paper is NOT a "Reasonable Quantity" when my law Suit has 88 Defendants and covers over 9 years! I Can't even Furnish The 1ST Copy in Less Then an additional 5-6 years. This Needs To Be corrected.

See attached For
The issues:

No you were NOT told to exhaust through WF. Your rejection states WF if you feel policy rejection is not correct

#2

01/10/2006  12:04    5867591504              BCOS                          PAGE  04 5 7071

Henry Ford Health System              CarePlus              Dec-27-2005 12:18PM
                                   Radiology Results

Patient Name: RYAN, SEAN   MRN: *No HFH MRN   Birth Date: 01/27/1973 (32 years)  Sex: Male   Room/Bed:
*CP: Unassigned   PP: Unassigned   HFH Primary Insurance: N/A        < Chart location unknown >

History, when available, is viewable under 'All Documents - Procedures/Tests'

*** SIGNED REPORT *** SIGNED REPORT *** SIGNED REPORT ***

RYAN, SEAN                    XREF     DOB: 19730127  GENDER: MALE
TEST: MR-CERVICAL SPINE WO CONT     DATE: 20051212 TIME: 1111
-------------------------------------------------------------------
HENRY FORD BI-COUNTY HOSPITAL
13355 E. TEN MILE WARREN,MI 48089 * (586) 759-7540

NAME: RYAN, SEAN

SEX:  M AGE:  32Y DATE OF BIRTH: 01/27/1973

LOCATION: OP DATE OF EXAM: Dec 12 2005 11:28AM

PHYSICIAN:    ACC#: 4966558

HOSP#: 0            MR#: 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-00

FAXED
#05

***Final
Report***

CLINICAL HISTORY:  A 32-YEAR-OLD MALE WITH NECK PAIN RADIATING TO LEFT UPPER
EXTREMITY.   NO PREVIOUS SURGERIES, PATIENT SUFFERED FALL ON 11/15/05.

Examination(s):  MR-CERVICAL SPINE WO CONT
Date Read:
 12/13/2005

COMPARISON:  None

RESULT: Multisequence, multiplanar MRI of the cervical spine was performed
without intravenous Gadolinium.

The craniocervical junction is unremarkable.  The cervical spinal cord is
normal in signal and caliber.  There are no focal areas of bone marrow
signal abnormality.  There are no prevertebral or paravertebral soft tissue
masses.

There is near complete absence of the C4-5 disc with some apparent, at least
partial, bony bridging, likely indicating a congenital condition.  Other
intervertebral disc space heights are well preserved.  The vertebral bodies
are in anatomic alignment.

At C2-3 and C7-T1, the intervertebral discs are within normal limits.  There
is no significant spinal cord compression or central canal stenosis.  The
neural foramina are normally patent.

At C3-4, there is a circumferential disc bulge, which abuts the spinal cord
without compressing it.  There is no significant spinal canal stenosis or
neural foraminal narrowing.

The C4-5 disc once again is near completely absent.  There is at least

Requested by: STEINBERG, CHRISTINA                                    Page 1

*A-3*

Henry Ford Health System                CarePlus                Dec-27-2005 12:18PM
                                  Radiology Results

Patient Name: RYAN, SEAN   MRN: *No HFH MRN   Birth Date: 01/27/1973 (32 years)   Sex: Male   Room/Bed:
PCP: Unassigned   PP: Unassigned   HFH Primary Insurance: N/A          < Chart location unknown >         59071

partial bony bridging consistent with a most likely congenital etiology.
There is no significant spinal canal stenosis or neural foraminal narrowing
at this level.

At C5-6, there is a circumferential disc bulge with no spinal cord
compression.  There is mild uncovertebral joint hypertrophy bilaterally with
mild narrowing of the bilateral neural foramina.  There is no significant
spinal canal stenosis.

At C6-7, there is a circumferential disc bulge with no significant cord
compression or spinal canal stenosis.  There is bilateral uncovertebral and
facet joint hypertrophy with mild-to-moderate bilateral neural foraminal
narrowing.

IMPRESSION:
1. LIKELY CONGENITAL NEAR ABSENCE OF THE C4-5 DISC, AS DESCRIBED ABOVE.
2. MULTILEVEL MILD DEGENERATIVE CHANGES, AS DESCRIBED IN THE BODY OF THE
REPORT.



Interpreting Physician:
MICHAEL GEDWILL, DO

Reviewing Physician:


Transcribed by:
AMS
Transcribed on:
Dec 14 2005  9:26A
Approved Electronically by:
DAVID KARIBO, DO
Approved Electronically on:
Dec 14 2005  9:36A

Distribution:

01/10/2006  12:04   5067591504                BCOS                              PAGE  02

**Ryan, Sean**              **01-29-1973**                      **12-28-2005**

Sean Ryan is being treated for cervicalgia.  The patient did obtain an MRI of his cervical
spine, which showed evidence of what appeared to be fusions of C4-5, which is probably
congenital in nature.  Some generalized bulging of the discs above and below were also
noted, but no evidence of neuroforaminal encroachment or pressure on the spinal cord or
sac was identified.  The patient has made a little bit of improvement with physical
therapy and rehabilitation, although he says he continues to experience pain and
discomfort when going over the bumps and continues to demonstrate lack of range of
motion in the C spine in rotational planes.  Because the patient has made improvements
with the therapy as ordered, we will continue with the same treatment program.  He will
return to see us again in approximately four weeks and if he has persistent symptoms at
that time, consideration for epidural steroid to the cervical spine can be given.
**Fremont L. Scott, D.O./WRN/mtsl**

Ⅱ-13          59071

# Quality Care Rehabilitation Professionals

*42536 Hayes-Suite 100 Clinton Twp., MI 48038*          *209 S. Main Street, Almont, MI 48003*
**(586) 286-9644      FAX (586) 286-9647**          **(810) 798-2927    FAX ( 810) 798-2965**

## Physical Therapy Initial Evaluation

| | |
|---|---|
| **Date:** 07-06-06 | **D.O.B. :** 01-27-73       **Age:** 33      Sex: M |

**Patient's Name:** SEAN RYAN

**Diagnosis:** POST-OP CERVICAL FUSION   V45.4
NECK PAIN                            723.1

**Referring Physician:** DR. ASAD A. MAZHARI

**Subjective:** Patient reported that he underwent a neck surgery (cervical fusion) last 2 & ½ months ago. Patient reported his surgery is a result of injuries he had on two separate incidents while on a ship last October 2005 and November 2005. Patient works as a merchant marine since he was 17 years old. Patient reported his job description involves multiple movements involving his neck,,trunk and (B) upper/lower extremity. Patient reported that he wore a cervical brace and now he continue need to wear a "soft collar". Patient presented with complaints of severe pain,spasms & tightness of his neck & upper back region including shoulder/ arm /hand muscles. Patient also reported occasional numbness and tingling sensation on both his upper extremity. Patient also reported he feels "hypersensitivity" to light touch over his neck,upper back and shoulder/arm region. Patient reported he rely on his wife to drive him to all his doctor appointments. Patient reported that he is having difficulty to felt a lot weaker on his neck, shoulder and upper back muscles. Patient also indicated that he is having difficulty to sleep and always wake up feeling "very stiff" and he could barely move. Patient is very motivated to partake in prescribed physical therapy intervention to alleviate his pain & strengthen his neck/ (B)UE in order to restore his daily functional capacity . His physician referred him for further P.T. evaluation and treatment .

| | |
|---|---|
| **Contraindications:** | Avoid excessive and sudden jarring movements of neck/head/shoulder. Avoid heavy lifting/pushing/pulling/reaching over level of eye. |
| **General objective findings:** | Severe  tenderness over Paracervical/upper back/shoulder/pectorals/ arm/ forearm region. Severe spasm over paracervical /upper back /pectorals/shoulder/arm region. Severe -severe tightness of (B)cervical /upper back/shoulder/pectorals/ arm  muscles 4.(-) swelling  during this evaluation |
| **Pain (location and intensity):** | Pain located on (B)Paracervical/upper back/pectorals/(R)shoulder/ arm/ forearm radiating down his hand areas to 7-8/10 up to 10+/10 static & dynamic movements. |
| **ROM (active and/or passive):** | Decrease AROM of cervical spine: flexion/extension/bilateral neck lateral flexion/ bilateral neck rotation secondary to significant tightness/spasms and pain at beginning/middle and end of range.AROM of (B)shoulder /UE to within functional limits with pain  and  tightness at middle and end of range in all planes. |
| **Strength:** | Muscle strength of cervical area are grossly graded  from 3+ to 4-/5;Muscle strength of (B) shoulders/UE  are grossly graded from  3 to 4+/5. |
| **Function (including ADLs):** | Patient has significant difficulty  performing  daily functions utilizing neck/shoulder/ UE / upper back muscles due to experiencing pain, weakness, spasms and tightness. He also has significant difficulty completing his daily functions  which requires repetitive movements like pulling/pushing/reaching/lifting overhead  and prolonged use of neck /shoulder/upper back and (B) UE .Patient also has difficulty sleeping in usual supine ,side-lying position or in all positions  due to pain, tightness and spasm especially when getting up  in the morning. Patient  reports having to have his wife drive him to and from therapy and to all his doctors appointment. |

A-14

**FINAL**                          ST. JOSEPH'S HEALTHCARE - WEST
                                MEDICAL IMAGING AND DIAGNOSTIC RADIOLOGY

Date of Service: 5/05/2006      Accession #:3211337      MRN:09002129669

     RYAN, SEAN                          DOB:  1/27/1973        Sex: M

Referring: Assadollah Mazhari                    Acct#: 0012847496096
                                          PT Type:I
Attending: Assadollah Mazhari             Patient Loc:
Radiologist:Lionel Gorbaty                Discharge Date:  5/06/2006


EXAMINATION:
CERVICAL SPINE 05/05/06

HISTORY:
Cervical spondylosis.

INTERPRETATION:
Anterior fixation of the cervical spine was performed at the C5-7
interspace level utilizing fluoroscopic guidance.  Fluoroscopy time
was 12 seconds and technologist time was 20 minutes.  Cervical spine-
two views were exposed after the examination, demonstrating placement
of the anterior fixation tack at the C6-7 interspace level.

IMPRESSION:
Status post anterior fixation at C6-7 interspace level.


Lionel Gorbaty, MD

Dictated:  05/07/2006
Transcribed:  05/07/2006 12:28 P

     Dictated on:                    by Lionel Gorbaty
   Interfaced from Chartscript Transcription System:  5/09/2006  9:28 AM
     Finalized on:  5/09/2006 9:38 AM by Anthony P. Munaco

*1-46*

*100 2-59071*

Ryan, Sean

ID #: 34043EMG

---

## MARTHA A. FRANKOWSKI, M.D.
### NEUROLOGY SPECIALISTS
### THE NEUROSURGERY GROUP, P.C.

Main Office
43650 Garfield
Clinton Township, MI 48038

Chesterfield Health Center
30795 23 Mile Road, Suite 209
Chesterfield, MI 48047

(586)263-0820

---

Name:    Ryan, Sean
Date:    01/25/06
Test:    EMG/NCV

Patient ID:     34043EMG
Gender:     Male
Date of Birth: 1/29/73

Referring Physician:  Dr. Asad Mazhari

**Patient History:**

This is a 32 year old with the complaints of cervical myalgia with radiation of pain and paresthesias down the posterior aspect of the left upper extremity into the third digits and intermittent bilateral hand paresthesias involving the third through fifth digits and medial aspect of the hand.

**Purpose:**

To evaluate for evidence of a radiculopathy or neuropathy affecting the upper extremities.

**Technical Summary:**

There were no technical difficulties. Temperature control was used.

**Motor Nerve Conduction:**

| Nerve and Site | Latency | Amplitude | Segment | Latency | Distance | Conduction |
|---|---|---|---|---|---|---|
| **Median nerve.R** | | | | | | |
| Wrist | 3.5 ms | 7.515 mV | | ms | mm | m/s |
| Elbow | 8.1 ms | 7.267 mV | Wrist-Elbow | 4.6 ms | 242 mm | 53 m/s |
| **Ulnar nerve.R** | | | | | | |
| Wrist | 2.8 ms | 6.433 mV | | ms | mm | m/s |
| Below elbow | 7.3 ms | 6.186 mV | Wrist-Below elbow | 4.5 ms | 255 mm | 57 m/s |
| Above elbow | 9.1 ms | 5.601 mV | Below elbow-Above elbow | 1.8 ms | 105 mm | 58 m/s |
| **Median nerve.L** | | | | | | |
| Wrist | 2.9 ms | 9.935 mV | | ms | mm | m/s |
| Elbow | 7.1 ms | 9.585 mV | Wrist-Elbow | 4.2 ms | 262 mm | 62 m/s |
| **Ulnar nerve.L** | | | | | | |
| Wrist | 2.6 ms | 8.425 mV | | ms | mm | m/s |
| Below elbow | 6.8 ms | 7.775 mV | Wrist-Below elbow | 4.2 ms | 250 mm | 60 m/s |
| Above elbow | 8.5 ms | 7.866 mV | Below elbow-Above elbow | 1.7 ms | 105 mm | 62 m/s |



Page 1

Ryan, Sean

ID #: 34043EMG

**F-waves:**

| Nerve | Latency |
|---|---|
| Median nerve.R | 26.8 ms |
| Median nerve.L | 25.8 ms |

**Sensory Nerve Conduction:**

| Nerve and Site | Latency | Amplitude | Segment | | Latency | Distance | Conduction |
|---|---|---|---|---|---|---|---|
| Median Palmar.R | | | | | | | |
| Palm | 2.0 ms | 20.79 µV | Wrist- Palm | | 2.0 ms | 95 mm | 48 m/s |
| Ulnar Palmar.R | | | | | | | |
| Palm | 1.4 ms | 11.08 µV | Wrist- Palm | | 1.4 ms | 86 mm | 62 m/s |
| Median Palmar.L | | | | | | | |
| Palm | 1.9 ms | 31.62 µV | Wrist- Palm | | 1.9 ms | 102 mm | 54 m/s |
| Ulnar Palmar.L | | | | | | | |
| Palm | 1.5 ms | 10.24 µV | Wrist- Palm | | 1.5 ms | 86 mm | 56 m/s |

**Needle EMG Examination:**

| Muscle | | Spontaneous and/or Volitional Activity | | | | | | Maximum Volitional Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fibs | +Waves | Fasc's | Poly | Amp | Dur | Amp | Pattern | Effort |
| Abduc. Pol. Br.L | Normal | | | | | | | | | |
| 1st Dorsal Int.L | Normal | | | | | | | | | |
| Brachioradial.L | Normal | | | | | | | | | |
| Pronator Teres.L | Normal | | | | | | | | | |
| Biceps Brachii.L | Normal | | | | | | | | | |
| Triceps.L | Normal | | | | | | | | | |
| Abduc. Pol. Br.R | Normal | | | | | | | | | |
| 1st Dorsal Int.R | Normal | | | | | | | | | |
| Brachioradial..R | Normal | | | | | | | | | |
| Pronator Teres.R | Normal | | | | | | | | | |
| Biceps Brachii.R | Normal | | | | | | | | | |
| Triceps.R | Normal | | | | | | | | | |
| Cervical Paraspinal.R | Normal | | | | | | | | | |

**Impressions:**

There is evidence of a mild right median sensory mononeuropathy at the wrist (carpal tunnel syndrome). The right median palmar sensory response shows normal distal latency in absolute terms however is 0.6ms. prolonged when compared to the ipsilateral ulnar response, slowed conduction velocity, and normal amplitude. The motor response is normal. There is no associated denervation.

There is no electrophysiologic evidence of a cervical radiculopathy, plexopathy, myopathy, or peripheral polyneuropathy affecting the upper extremities. Needle EMG of the upper extremities, including cervical paraspinal muscles, is normal. The remainder of the nerve conduction studies are normal.

**Conclusions:**

1. Mild right median sensory mononeuropathy at the wrist (carpal tunnel syndrome).

Ryan, Sean

59071

## MARTHA A. FRANKOWSKI, M.D.
### NEUROLOGY SPECIALISTS
### THE NEUROSURGERY GROUP, P.C.

| | |
|---|---|
| Main Office | Chesterfield Health Center |
| 43650 Garfield | 30795 23 Mile Road, Suite 209 |
| Clinton Township, MI 48038 | Chesterfield, MI 48047 |

(586)263-0820

| | | | |
|---|---|---|---|
| Name: | Ryan, Sean | Patient ID: | 34043EM2 |
| Date: | 11/14/06 | Gender: | Male |
| Test: | EMG/NCV | Date of Birth: | 1/29/73 |
| Referring Physician: | Dr. Asad Mazhari | | |

**Patient History:**

This is a 33 year old with a history of cervical myalgia, history of cervical surgery about 2 months ago, with the complaints of cervical myalgia, new pain in the palms of the hands, and intermittent pain radiating down the lateral upper arms into the posterior forearms.

**Purpose:**

To evaluate for evidence of a radiculopathy or neuropathy affecting the upper extremities.

**Technical Summary:**

There were no technical difficulties. Temperature control was used.

### Motor Nerve Conduction:

| Nerve and Site | Latency | Amplitude | Segment | Latency | Distance | Conduction |
|---|---|---|---|---|---|---|
| **Median nerve.R** | | | | ms | mm | m/s |
| Wrist | 3.3 ms | 5.106 mV | | | | |
| Elbow | 7.7 ms | 4.933 mV | Wrist-Elbow | 4.4 ms | 258 mm | 59 m/s |
| **Ulnar nerve.R** | | | | ms | mm | m/s |
| Wrist | 2.7 ms | 3.403 mV | | | | |
| Below elbow | 6.8 ms | 3.490 mV | Wrist-Below elbow | 4.1 ms | 272 mm | 66 m/s |
| Above elbow | 8.2 ms | 3.157 mV | Below elbow-Above elbow | 1.4 ms | 70 mm | 50 m/s |
| **Ulnar nerve.L** | | | | ms | mm | m/s |
| Wrist | 2.1 ms | 5.300 mV | | | | |
| Below elbow | 6.5 ms | 4.688 mV | Wrist-Below elbow | 4.4 ms | 262 mm | 60 m/s |
| Above elbow | 8.1 ms | 4.911 mV | Below elbow-Above elbow | 1.6 ms | 82 mm | 51 m/s |
| **Median nerve.L** | | | | ms | mm | m/s |
| Wrist | 2.9 ms | 2.991 mV | | | | |
| Elbow | 7.1 ms | 2.688 mV | Wrist-Elbow | 4.2 ms | 248 mm | 58 m/s |

### F-waves:

| Nerve | Latency |
|---|---|
| Median nerve.R | 27.4 ms |
| Median nerve.L | 25.8 ms |

Ryan, Sean                                                                  ID #: 34043EM2

## Sensory Nerve Conduction:

| Nerve and Site | Latency | Amplitude | Segment | Latency | Distance | Conduction |
|---|---|---|---|---|---|---|
| Median Palmar.R | | | | | | |
| Palm | 1.6 ms | 33.54 μV | Wrist- Palm | 1.6 ms | 95 mm | 59 m/s |
| Ulnar Palmar.R | | | | | | |
| Palm | 1.3 ms | 13.91 μV | Wrist- Palm | 1.3 ms | 95 mm | 72 m/s |
| Median Palmar.L | | | | | | |
| Palm | 1.7 ms | 18.54 μV | Wrist- Palm | 1.7 ms | 112 mm | 64 m/s |
| Ulnar Palmar.L | | | | | | |
| Palm | 1.7 ms | 14.48 μV | Wrist- Palm | 1.7 ms | 86 mm | 52 m/s |

## Needle EMG Examination:

| Muscle | | Spontaneous and/or Volitional Activity | | | | | | Maximum Volitional Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fibs | +Waves | Fasc's | Poly | Amp | Dur | Amp | Pattern | Effort |
| Abduc. Pol. Br.L | Normal | | | | | | | | | |
| 1st Dorsal Int.L | Normal | | | | | | | | | |
| Brachioradial..L | Normal | | | | | | | | | |
| Pronator Teres.L | Normal | | | | | | | | | |
| Biceps Brachii.L | Normal | | | | | | | | | |
| Triceps.L | Normal | | | | | | | | | |
| Deltoid.L | | 1+ | 2+ | None | None | nl | nl | | Full | Maximum |
| Abduc. Pol. Br.R | Normal | | | | | | | | | |
| 1st Dorsal Int.R | Normal | | | | | | | | | |
| Brachioradial..R | Normal | | | | | | | | | |
| Pronator Teres.R | Normal | | | | | | | | | |
| Biceps Brachii.R | Normal | | | | | | | | | |
| Triceps.R | Normal | | | | | | | | | |
| Deltoid.R | | 1+ | 1+ | None | None | nl | nl | | Full | Maximum |
| Cervical Paraspinal.R&L | * | | | | | | | | | |

\* unable to relax

**Impressions:**
There is suggestion of mild bilateral  C5 radiculopathies, with active denervation.  There is mild active denervation in the C5  innervated muscles.  The paraspinal muscles could not be evaluated.  There is no associated chronic denervation.  The remainder of the needle EMG is normal.  Nerve conduction studies are normal.

**Conclusions:**
1.  Suggestion of mild bilateral C5 radiculopathies, active.

Sincerely yours,

Martha A. Frankowski, M.D.

I - 44

59071

Ryan, Sean

ID #: 34043EM3

## MARTHA A. FRANKOWSKI, M.D.
### NEUROLOGY SPECIALISTS
### THE NEUROSURGERY GROUP, P.C.

| Main Office | Chesterfield Health Center |
|---|---|
| 43650 Garfield | 30795 23 Mile Road, Suite 209 |
| Clinton Township, MI 48038 | Chesterfield, MI 48047 |

(586)263-0820

| | | | |
|---|---|---|---|
| Name: | Ryan, Sean | Patient ID: | 34043EM3 |
| Date: | 04/24/07 | Gender: | Male |
| Test: | EMG/NCV | Date of Birth: | 01/29/73 |
| Referring Physician: | Dr. Asad Mazhari | | |

**Patient History:**

This is a 34 year old with a history of lumbar surgery, with the complaints of increasing lumbosacral myalgia with radiation of pain and paresthesias down the posterior or posterolateral aspect of the lower extremities into the feet, right worse than left.

**Purpose:**

To evaluate for evidence of a radiculopathy or neuropathy affecting the lower extremities.

**Technical Summary:**

There were technical difficulties obtaining the right peroneal motor response. Temperature control was used.

**Motor Nerve Conduction:**

| Nerve and Site | Latency | Amplitude | Segment | Latency | Distance | Conduction |
|---|---|---|---|---|---|---|
| **Tibial nerve.R** | | | | | | |
| Ankle | 3.7 ms | 4.276 mV | | ms | mm | m/s |
| Pop. fossa | 13.1 ms | 3.797 mV | Ankle-Pop. fossa | 9.4 ms | 448 mm | 48 m/s |
| **Peroneal nerve.R** | | | | | | |
| Ankle | 4.1 ms | 1.021 mV | | ms | mm | m/s |
| Fibular head | 0.0 ms | mV | Ankle-Fibular head | 4.1 ms | mm | m/s |
| Knee | 16.1 ms | 0.563 mV | Fibular head-Knee | 16.1 ms | mm | m/s |
| **Tibial nerve.L** | | | | | | |
| Ankle | 3.3 ms | 2.521 mV | | ms | mm | m/s |
| Pop. fossa | 11.6 ms | 2.232 mV | Ankle-Pop. fossa | 8.3 ms | 416 mm | 50 m/s |
| **Peroneal nerve.L** | | | | | | |
| Ankle | 3.0 ms | 1.172 mV | | ms | mm | m/s |
| Fibular head | 10.2 ms | 0.802 mV | Ankle-Fibular head | 7.2 ms | 332 mm | 46 m/s |
| Knee | 12.2 ms | 0.844 mV | Fibular head-Knee | 2.0 ms | 110 mm | 55 m/s |

**F-waves:**

| Nerve | Latency |
|---|---|
| Tibial nerve .R | 55.9 ms |
| Tibial nerve .L | 47.2 ms |

Page 1

Ryan, Sean

ID #: 34043EM3

## Sensory Nerve Conduction:

| Nerve and Site | Latency | Amplitude | Segment | Latency | Distance | Conduction |
|---|---|---|---|---|---|---|
| Sural nerve.R | | | | | | |
| Lower leg | 2.1 ms | 16.04 µV | Ankle-Lower leg | 2.1 ms | 96 mm | 46 m/s |
| Sural nerve.L | | | | | | |
| Lower leg | 2.2 ms | 15.40 µV | Ankle-Lower leg | 2.2 ms | 96 mm | 44 m/s |

## Needle EMG Examination:

| Muscle | | Fibs | +Waves | Fasc's | Poly | Amp | Dur | Amp | Pattern | Effort |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Spontaneous and/or Volitional Activity | | | | | | Maximum Volitional Activity | | |
| Tibialis Ant.L | | None | None | None | Few | 2 | 1 | | Full | Maximum |
| Gastroc. Med H.L | Normal | | | | | | | | | |
| Vastus Lat.L | Normal | | | | | | | | | |
| Adduc. Longus.L | Normal | | | | | | | | | |
| Gluteus Medius.L | | None | None | None | Few | 1+ | 1+ | | Full | Maximum |
| Tibialis Ant.R | | 3+ | 3+ | None | Few | 2+ | 2+ | | Full | Maximum |
| Gastroc. Med H.R | | 1+ | 1+ | None | Few | 1+ | 1+ | | Full | Maximum |
| Vastus Lat.R | Normal | | | | | | | | | |
| Adduc. Longus.R | Normal | | | | | | | | | |
| Gluteus Medius.R | | 1+ | 1+ | None | Few | 2+ | 2+ | | Full | Maximum |
| Gluteus Max.R | | 1+ | 1+ | none | few | 1 | 1 | | Full | Max |
| Glut Max L | Normal | | | | | | | | | |
| Lumbosacral PSP R | | *2+ | *2+ | | | | | | | |
| Lumbosacral L | Normal | | | | | | | | | |

\* @ L5 and S1

## Impressions:

There is evidence of right L5 and S1 radiculopathies, with active and chronic denervation. There is active and chronic denervation in the L5 and S1 innervated muscles. There is mild active denervation in the paraspinal muscles at the L5 and S1 anatomic levels.

There is evidence of a left L5 radiculopathy, with chronic denervation. There is chronic denervation in the L5 innervated muscles. There is no associated active denervation. Needle EMG of the lumbosacral paraspinal muscles is normal.

The peroneal motor responses and left tibial motor response shows decreased amplitude with normal latency and velocity. This finding is felt to be related to the chronic radiculopathy.

The remainder of the needle EMG and nerve conduction studies are normal.

## Conclusions:

1. Right L5 and S1 radiculopathies, active and chronic.
2. Left L5 radiculopathy, chronic.

Sincerely yours,

Martha A. Frankowski, M.D.

Page 2

*1-46*

Ryan, Sean M.          01-27-1973          12-11-2006          59071
                                                                C. Ortho.

HISTORY: Sean was seen for orthopedic reevaluation regarding bilateral shoulder pain. The patient states that the shoulder pain has been present since his initial injury and, in fact, was the component of his complaint he saw us originally regarding the cervical spine problems that he had. He never received much of treatment for that because of our concern about the cervical spine injury and some of the long tract symptoms that he was experiencing at the time. He indicates that he has daily shoulder discomfort that does cause occasional problems with sleep disturbance although he states it is sometimes hard to say because he is on sleeping pills. The patient states any movement seems to increase the amount of discomfort. The right side is worse than that on the left. The patient was in the Merchant Marine, and he was injured in an accident with a slip and fall during rough seas. He did fall on the outstretched arms, landing directly on the arms and he wondered if this had any effect on his current status.

His past medical history includes lumbar surgery. He has also had 2 cervical spine surgeries, one in March and another one in October for 2-different-level surgery. He currently is utilizing Kadian and Vicodin for breakthrough symptoms. It sounds like he is going to start some myofascial injections soon as well.

PHYSICAL EXAMINATION: Clinical evaluation demonstrates the patient to be wearing a cervical collar today. He seems somewhat depressed. I do not see any signs of atrophy or dystrophy of the upper and lower extremity. When asked to elevate his right arm, he gets it up to about 90 degrees. Passively, I can only get him up to about 110 degrees when he complains of severe pain and discomfort. His symptoms seem to be generalized about the area of his general shoulder area. The left side elevates to approximately 120 degrees in the plane of the scapula, but again, it may be only 5 to 10 degrees more with passive motion. Internal rotation is possible to the buttock area bilaterally. External rotation does not appear to be significantly restricted, but does cause pain. Any movement of the shoulder, any resisted motion, does cause pain and discomfort. However, the patient seems to be able to develop a significant amount of strength with resisted internal and external rotation, particularly with his arms to the side, and while he does have pain with resisted abduction in the plane of the scapula, there are no obvious signs of weakness. Crossover maneuvers cause increasing problems, again, with pain and discomfort; it seems to be generalized in the area. He does complain of some pain with palpation at the acromioclavicular joints as well. He has excellent flexion and extension strength of the wrist, hand and elbow areas.

X-rays of the shoulder done in the office today show a well-maintained subacromial space. The patient has a type I acromion. There is a little bit of hypertrophy noted in the acromioclavicular area. There is no soft tissue calcifications, and no other obvious deformities are identified.

MEDICAL DECISION MAKING: I think the patient has adhesive capsulitis and subacromial bursitis. My recommendation for the patient is to attend physical therapy and rehabilitation which aggressively will move his arm. This can be done at a venue of his choice, which may even be here through the office as the patient lives close by

Ryan, Sean
12-11-2006
Page 2

here as well.  He is given a prescription for Dolobid 500 mg; we recommend that he take it twice daily with food.  He may take that in preference or in addition to the Lortab and Kadian he is also using.  The patient will return to see us again in 6 weeks. The use of additional investigational studies such as MRI may be appropriate if the patient fails to improve.  We will also consider corticosteroid injections.

Fremont L. Scott, D.O./WR/pbb/ac

CC: Asad Mazhari, M.D.
    43650 Garfield Road
    Clinton Township, MI  48038

I-48

PatientID: 59071
Patient Name: SEAN RYAN
Date of Birth: 01/27/1973

Date of Service: 04/10/2008


CHIEF COMPLAINT: Cervical pain radiating down the right arm. LBP radiating down RLE. Follow up and med refill.

EXISTING CONDITION
    DIAGNOSIS:
        305.1-TOBACCO USE
        311.-DEPRESSION/UNSPECIFIED
        359.9-MYOPATHY UNSPECIFIED
        721.0-SPONDYLOSIS CERVICAL W/O MYELOPATHY
        722.0-HERNIATED CERVICAL DISC W/O MYELOPATHY
        723.1-CERV. MYALGIA/ CERVICALGIA
        723.4-CERVICAL/BRACHIAL RADICULITIS
        724.4-LUMBOSACRAL RADICULITIS OR NEURITIS
        V67.51-F/U AFTER TREATMENT W/HIGH RISK MEDICATI

TESTS & TREATMENT:

| Date | |
|---|---|
| 2/18/08 | Labs- BUN- 11, Cr- 0.9, AST- 22, ALT- 32, Alk Phos- 89, WBC- 13.5H, Hgb- 15.1, Hct- 43.6, Plt- 279 |
| 7/11/07 | Labs- BUN- 10, Cr- 1.0, AST- 20, ALT- 20, WBC- 9.2, Hct- 44.9, Hgb-15.4, Plt- 241 |
| 7/11/07 | C-spine x-ray- post surgical appearance essentially unchanged since 1-23-07. |
| 4/24/07 | EMG by Dr. Frankowski shows right side L5-S1 radiculopathy active and chronic. Left side L5 chronic radiculopathy. In the past the patient has had two back surgeries by another surgeon. |
| 2/12/07 | MRI of the lumbar just shows a scar of previous back surgery, no herniated disc. |
| 1/23/07 | C-spine x-ray- stable appearing, report pending |
| 1/3/07 | Alk Phos- 83, BUN- 11, SGOT- 29, SGPT- 40, WBC- 10.2, Hgb- 15.4, Hct- 44.6, Plt- 265 |

*A- 44*

PatientID: 59071
Patient Name: SEAN RYAN
Date of Birth: 01/27/1973

Date of Service: 04/10/2008

| | |
|---|---|
| 11/20/06 | C-spine x-ray- stable |
| 11/14/06 | EMG of the upper extremities is suggestive of a very mild C5 radiculopathy. Patient has congenital fusion at C4-5. |
| 12/12/05 | MRI of the cervical that shows congenital fusion of C4-5. The radiologist reported at the level of C6-7 there is narrowing of the foramen bilaterally but I think there is a disc herniation at the level of C6-7. That is the level that goes along with his symptoms. The MRI is not very clear. |
| 9/21/06 | ACF C5-6 with cage |
| 02/15/06 | Complete myelogram shows C5-6 and C6-7 cervical spondylosis C6-7 is worse. |
| 05/05/06 | Anterior cervical discectomy and fusion at the level of C6-7 and plating. |
| 06/28/06 | Cervical spine x-ray shows stable appearance of post-op C6-7 fusion. |
| 08/02/06 | MRI was compared with the old MRI - the disc at C5-6 is probably slightly increased and there is bilateral foraminal stenosis. C3-4 has not changed. There is mild central canal stenosis without significant changes in the surroundings and I think his |

problem is now C5-6.
CLINICAL ALERT: None.
HISTORY OF PRESENT ILLNESS Sean returns to the office today for follow-up, evaluation of cervical symptomology, evaluation of lumbar symptomology. The patient states the level of pain has remained stable since the previous visit.
Still having constant neck pain radiating to the R>L shoulder. Has occasional N/T of the 3rd, 4th and 5th fingers b/l. Pain is sharp at times in neck.
States he is no longer having RLE pain. Does still have the hypersensitivity of the lower back and N/T of the dorsum of the R foot, burning, and toes, foot N/T is constant. No change in EHL strength, can sometimes extend it up. Pain is controlled w/ kadian 80 mg BID, 5-7/10. Does state while in Mississippi his pain was about 70% better, 3-4/10. Still taking Vicodin Es 3-4 per day. Still taking cymbalta 30 qd and Lyrica 50 mg 2 Q8h. Denies

Ⅱ-50

PatientID:  59071
Patient Name:  SEAN  RYAN
Date of Birth:  01/27/1973

Date of Service:  04/10/2008

N/V, melena, hematochezia, change in B/B.  Refilled kadian, cymbalta and vicodin es, denies SEs.

LUMBAR HISTORY:
    The patient is a 33 year old Male who noted the onset of symptoms spontaneously.  There are symptoms in the lumbar area consisting of numbness, paresthesia (tingling).  The pain is described as intermittent, sharp and stabbing.  Pain involves the posterior thigh.  There is numbness of the leg, foot, toes, Right. There is weakness involving the right ankle dorsiflexors, right extensor hallucis longus. There are no muscle spasms present. The patient has not noted any muscle atrophy.

    Bladder function is reported as normal. Bowel function is normal.
    Prior treatment has included time for spontaneous resolution, medication, spinal surgery.
CERVICAL HISTORY:
    The patient is a 32 year old Male who noted the onset of symptoms following a slip and fall incident.  The symptoms consist of pain, numbness, paraesthesia (tingling), motor weakness, dysesthesia (painful sensation).  The pain is described as constant.  On a scale of 0 to 10 the severity of the pain is an 5-6 with medication.  The pain limits activity to a severe degree.  There is involvement of the neck, shoulder, shoulder-blade, arm, ulnar aspect of the forearm, wrist, hand, fingers, 3rd finger, 4th and 5th fingers, R>L. There is numbness of the forearm, numbness of the arm.  Neck range of motion is limited in flexion, extension, rotation.  Pain and paresthesia may be increased with increased activity, movement, pushing motions, pulling motions.  Symptoms are reduced with medications, activity restrictions. The patient has not noted any muscle atrophy. Arm dexterity is normal in both arms. Fine finger movements and coordination are not impaired in either hand.
Gait is noted to be normal.
Bladder function is normal. Bowel function is normal.
    Prior treatment has included time, medication, physical therapy, injection therapy, surgery.

PAST MEDICAL HISTORY:
    ADULT ILLNESSES: No cancer, diabetes, heart disease, hypertension, pulmonary disease, peptic ulcer disease, kidney disease, liver disease, hepatitis, bleeding disorder, or vascular disease.  Depression.
    FAMILY HISTORY: History of diabetes.
    SURGICAL HISTORY:  Cervical laminectomy.  Cervical fusion-2.  Discectomy-2

# SWINTEC
## TYPEWRITER AND SUPPLIES ORDER FORM
## MICHIGAN CORRECTIONAL SYSTEM

REMIT TO: SWINTEC CORP
320 W. COMMERCIAL AVE.
MOONACHIE NJ 07074
ATTN: GOVERNMENT SALES
e-mail = customerinfo@swintec.com
Phone (201) 935-0115
Fax (201) 935-6021

DATE _____
FACILITY _____
NAME _____
ID NUMBER _____
ADDRESS _____
CITY/STATE/ZIP _____
PHONE _____
FAX _____

**SHIP VIA**

☐ **UPS GROUND**
NO UPS CHARGE FOR TYPEWRITERS AND SUPPLIES ON FIRST ORDER
$7.00 SHIPPING AND HANDLING CHARGE ON ALL SUBSEQUENT SUPPLY ORDERS

☐ **UPS 2ND DAY AIR**
$22.00 ON 1 TYPEWRITER
$11.00 ON 1 LB. PKG OF SUPPLIES

☐ **UPS NEXT DAY AIR**
$51.00 ON 1 TYPEWRITER
$23.00 ON 1 LB. PKG OF SUPPLIES

1 outside party is permitted to purchase 1-typewriter, 1- extra ribbon and 1-box of correction tapes for an inmate one time, to be shipped direct from the manufacturer to a Correctional Facility .
All other supplies and equipment must be directly purchased by the inmate through the prison purchasing system.

| QTY | MODEL / PART NUMBER | DESCRIPTION | PRICE | EXT. |
|---|---|---|---|---|
| | 2410 CC (CLEAR CABINET) | PERSONAL TYPEWRITER | $192.00* | |
| | 2416 DM 128 CC (CLEAR CABINET) | PERSONAL 128K MEM. TW | $297.00* | |
| | SWS-1045 (Clear cassette) | CORRECTABLE RIBBON Black | $5.81 | |
| | SWS-1021 | MULTI STRIKE RIBBON Black | $6.75 | |
| | SWS-1044 | CORRECTABLE RIBBON Red | $6.26 | |
| | SWS-1007 (Clear cassette) | FABRIC RIBBON Black | $8.10 | |
| | SWS-422 (Use w/Correctable Ribbons) | LIFT-OFF CORR. TAPE | $7.65 6/pk | |
| | SWS-530 (Use w/ Fabric/Multistrike Ribbons) | COVER-UP CORR. TAPE | $9.00 6/pk | |
| | SWS-PW-1032 | PRESTIGE PICA 10 Print Wheel | $17.96 | |
| | SWS-PW-1045 | COURIER 10 Print Wheel | $17.96 | |
| | SWS-PW-1245 | COURIER 12 Print Wheel | $17.96 | |
| | SWS-PW-1608 | SCRIPT 12 Print Wheel | $17.96 | |
| | SWS-PW-1609 | OLD ENGLISH 12 Print Wheel | $17.96 | |
| | SWS-PW-5085    *"Special Price"* | RECTA 10 Print Wheel | $9.95 | |
| | SWS-PW-1086    *"Special Price"* | RECTA 12 Print Wheel | $9.95 | |
| | SWS-PW-1223    *"Special Price"* | DUAL GOTHIC 12 Print Wheel | $9.95 | |
| | SWS-PW-1501    *"Special Price"* | PRESENTOR 10 Print Wheel | $9.95 | |
| | SWS-PW-1224    *"Special Price"* | MINI GOTHIC 15 Print Wheel | $9.95 | |
| | SWS-PW-51225    *"Special Price"* | ORATOR 10 90% Print Wheel | $9.95 | |
| | OTHER STYLES OF PRINT WHEELS | SEE CATALOG | $17.96 | |
| | SWS-2400-DC SOFT CLEAR FORM FITTING DUST COVER TO PROTECT YOUR INVESTMENT FROM DUST AND CONTAMINATION | | $21.00 | |
| | 1-YEAR EXTENDED WARRANTY,  PURCH. BEFORE WARR.EXPIRES | | $85.00 | |
| | | | SUB TOTAL | |
| | | | FREIGHT | |
| | | | TOTAL | |

Exhibit J

8/23/04

K-1

TO Grievance Cordinator at URF

I'm on modified access please send me a Step I Grievance form for:

Issue: Destruction of my legal mail !!

Attempt To Resolve- Kited Business Office and mail Room.

Violation date: 3/5/19                    Todays Date: 3/11/19

Reason For delay - Transfer and awaited Response From JCF Grievance Cordinator to Tell me if I get the Form From URF. This is allowable under pd. 03.01.100.

Issue

On 1/7/19 Rum Corey - Striker picked up legal mail (I have the signed golden Rod) This was my initial Filing of a 1983 Complaint. I've Never Recieved a Reciept showing it was Sent out. Nor has a Charge been placed on my account. Worse on 3/5/19 I Recieved Notice From the Court Clerk That The Court Had Not Recieved a New Filing From me Since 2017 Thus my legal mail has been destroyed, Not processed according to policy or etc. This violates Legal mail policy, my 1st, 5th and 14th amendment Rights and is retaliation For attempt To Sue.

Persons Responsible R.U.M. Corey-Striker and Unknown Persons.

Relief Requested.

1. Return of my legal Documents if they still exist
2. Credit of $100 To my account For Copy costs.
3. The Full amount of compensation Sought in The Suit. Which is 4.6 million dollars
4. All of the Non monetary compensation Sought in the Lawsuit. I.e. mediations, Accomodations, medical Treatment, Housing etc.

K-2                     ARF ride out

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.          Date: 3/13/19

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 787263 | Ryan | JCF | ANN 13183 |

Pay To: JCF

Cost/Amount

Address: TO 4269 Wrm #80   Kinchloe MI 49784   $ 1 50

Reason/Description: (If to relative, identify relationship)  Grievance mail To

URF Grievance Coordinator   Requesting Grievance form for mailing Legal mail

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | URF Grievance Coordinator | | | | | | $ | $ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sub-Total _____ $ _____

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ _____

_____  3/13/19
Prisoner's Signature            Date

_____  3-13-19
R.U.M. or Authorized Agent     Date

_____  _____
Deputy Warden or Authorized Agent   Date

_____  _____
Warden or Authorized Agent      Date

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

MAR 14 2019

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247-1094
CSJ-247A

Date Received at Step 1 _____ Grievance Identifier: | | | | | | | | | | | |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| JOHN RYAN | 787263 | jcf | B-2 | 3/5/19 | 3/26/19 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _See Below_
If none, explain why.
3/2/19 wrote jcf for step 1 form never recived
3/2/19 wrote accounting
3/5/19 wrote mail room

State problem clearly. *Use separate grievance form for each issue.* Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.
On 1//19 rum corey striker picked up legal mail from me at lock Q-1 at (:55
am (with a reproduced copy of the recipta attached as exhibit 1) At this point
the legal mail disapeared no charge was ever put on my account and on april
3/1/19 I wanted notice from the court that said "we do not have any new cases
for you from 2019 (see hand reproduced copy marked exhibit 2)This e
essentially prevented me from filing this lawsuit for my lack of medical care
violating my 1st 5th and 14th amendment rights to access the courts and due
process

Responsibilsitim corey striker and unknown Please review and perserve
camera footage(my coppy of the lawsuit is also missing from my foot locker
relief requested $1,500,000 and my legal mail returned.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant | If resolved at Step 1, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION — White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant



MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

*SEG*

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.

Date: *3/28/19*

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| *787 263* | *Rico* | *ARI* | |

Pay To: _____

Address: _____

_____

Cost/Amount *3-28-19*
*ms*

$ *.65*
*1.202*

Reason/Description: (If to relative, identify relationship) _____

*Forced mail Grievance to VRF Obstruction of legal mail*

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | *Grievance Coordinator* | | | | | | $ | $ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sub-Total _____ $ _____

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ _____

Prisoner's Signature *3/28/19* Date

Deputy Warden or Authorized Agent Date

R.U.M. or Authorized Agent *3/28/19* Date

Warden or Authorized Agent Date

| Code | Actual Expense | Batch Number |
|---|---|---|
| | | |

*POSTED*
*MAR 28 2019*
*M. JARE 3-28-19*

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

C-3

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

**DATE:**       **Tuesday, April 02, 2019**

**TO:**       **RYAN**              **787263 LOCATION: URF**          **AR**

**FROM:**      M. McLean, Grievance Coordinator

**SUBJECT:**    Rejection

Your Step I grievance regarding        **Grievance Rejections**

was received in this office on    **04/02/19**    and was rejected due to the following reason:

You have exceeded your time limits in filing a grievance and at the same time provided no reasonable circumstance beyond your control that would have prevented you from filing this grievance in a timely fashion. Your grievance has been rejected for these reasons. If you have further questions consult PD 03.02.130 and OP 03.02.130, which are available in the institutional library.

Any future references to this grievance should utilize this identifier:

          **URF — 19— 04 —    952    — 28 E**

From   Sean Ryan 787263  JCF   B-2   4/15/19

m'

Please process This Form To Step II

I Requested a Step I Form and
Never Recived it   Then I mailed one
in and Never Recived a Response I
have all disbursment Recipts To Back
Up These allegations,

Respectfully,

Finally Recived Step II Form
On 5/3/19

m¹² Sean Ryan   787263   JCF  11-2   recived no res to 3/5/19
Todays date 4/15/19

### STEP 2 APPEAL FORM

**Step one was requested by mail on 3/18/19 I recived no response
So i filed a step one via mail on 3/28/19
I have both recipts for the postage**

**No response or recipt memo has been recived for that
filing either this is a delibrate attempt to keep me  from
completing the grievence process
and preventing correction of this violation of my 1st 4tyh and 14th
amendment rights.and it needs to stop please process this to step 2
As the policy requires
So that i may get the relief I am requesting from MDOC and rum striker
or in the worst case have my remidies exausted so I can bring this to
court**
(Failure to propperly process this grievence can be considered retalation
in violation of Pd 03.02.130 and the first amendment)

### Reason for step 2 appeal

No response to my step one grievence
Not even a recipt
I have both recipts to prove I mailed them and they are signed
by the rum and date stamped by the mail room

### step 2 response

### Reason for step 3 appeal

NO Response or
Form provided at
Step I or Step II

r.3

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.        Date: _4/15/19_

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 787 263 | Ryan | JCF | B-2 |

Pay To: _JCF_

Address: _4269  W. M80_
_Kincheloe, MI  49784_                          Cost/Amount  $ _0.65_

Reason/Description: (If to relative, identify relationship) _Grievance Mail (Forced)_
_Step II Grievance  on  Missing legal Mail at VRF_

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Guardens office | | | | | | $ | $ .00 |
| | 1.202 | | | | | | | |
| | | | | | | | | |
| | Grievance | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sub-Total | $ | .50 |
| Delivery Costs | $ | |
| Tax (if applicable) | $ | |
| Total Amount Enclosed | $ | .50 |

| | | |
|---|---|---|
| Prisoner's Signature | 4/15/19 | Deputy Warden or Authorized Agent     Date |
| | Date | |
| R.U.M. or Authorized Agent | 4-16-19 | Warden or Authorized Agent     Date |
| | Date | |

| Code | Actual Expense | Batch Number |
|---|---|---|
| | | |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

N-1

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

| Prisoners write clearly-illegible/incomplete forms will not be processed. | Date: 4/15/19 |
|---|---|

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 787263 | Ryan | JCF | B-2 |

Pay To: JCF

Address: 4269 W. M80

Kinchloe, MI 49784

Cost/Amount

$ .00.15

Reason/Description: (If to relative, identify relationship) Grievance Mail (Forced)

Step II Grievance on Missing legal Mail. 9T VRF

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Wardens office | | | | | | $ | $ .50 |
| | | | | | | | | |
| | 1 2 3 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | Grievance | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sub-Total | $ | .50 |
| Delivery Costs | $ | |
| Tax (if applicable) | $ | |
| Total Amount Enclosed | $ | .50 |

_____  4/15/19
Prisoner's Signature      Date

_____  4-16-19
R.U.M. or Authorized Agent  Date

_____  _____
Deputy Warden or Authorized Agent    Date

_____  _____
Warden or Authorized Agent    Date

| Code | Actual Expense | Batch Number |
|---|---|---|
| | | |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

N-2

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248 5/05
CSJ-247B

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

Date Received by Grievance Coordinator
at Step II:

Grievance Identifier: [URF] [1] [9] [0] [4] [1] [0] [9] [5] [2] [2] [8] [8]

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to _____
_____ by _____ . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

Recivd at JCF on 5/3/19

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Sean Ryan | 787263 | JCF | B-2 | 3/5/19 | 5/6/19 |

**STEP II — Reason for Appeal** I Filed a Hand writen appeal
VIA mail on 4/15/19 so This is Timely! I was
apparent from The Record That I was Transfered
per Pd 03.02 130(H) Transfer is an appoliate
Reason for Exciding Time limits. The Grievnce Sais I
_____ Sign I Small

**STEP II — Response** placing in mail on only is my possesion
3 Days All Redy Sint Hand note sup III to
Lasing note Older to 6th Reccind)

Sean Michael (signature)

| Respondent's Name (Print) | Respondent's Signature | Date | Date Returned to Grievant: 5-23-19 |
|---|---|---|---|

**STEP III — Reason for Appeal** This is a Plain attempt To Cover
UP The mail Prescence All Filings were
_____ mixes

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

*N—3*

**STEP II GRIEVANCE RESPONSE FOR PRISONER  RYAN 787263 (JCF)**

Grievance **URF 1904 0952 28E** has been reviewed.

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130, Prisoner/Parolee Grievances" and the rejection is upheld at Step II.

_____CHorton_____          **5/20/19**
Connie Horton, Warden                        Date

CH/ka

O-1

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.　　　Date: _5/22/19_

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| _787263_ | _Ryan_ | _JCF_ | _B-2_ |

Pay To: _____

Address: _____　　　Cost/Amount

_____　$ _.50_

Reason/Description: (If to relative, identify relationship) _Grievance Mail Freud Mail_
_Step III On Missing Legal Mail at VRP_

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | _Directors office_ | | | | | | $ | $ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | _Indigent_ | | | | | | | |
| | _Mail_ | _SENT ID MAIL_ | _5/24/19_ | _J. Durns_ | | | | |
| | | | | | | | | |

Sub-Total _____ $ _____

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ _____

| _[signature]_　_5/22/19_ | |
|---|---|
| Prisoner's Signature　　　Date | Deputy Warden or Authorized Agent　Date |
| _[signature]_　_5-23-19_ | |
| R.U.M. or Authorized Agent　　Date | Warden or Authorized Agent　　Date |

| | | |
|---|---|---|
| | | |
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

P-1

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.　　Date: 7/19/19

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 787263 | Ryan | Jci | B-2 |

Pay To: Jci

Address: _____　　Cost/Amount

$ _____

Reason/Description: (If to relative, identify relationship) _____

indigent legal supplies

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | paper | | | | | 20 | $ | $ |
| | Carbon paper | | | | | 2 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Had to Threaten to Refuse
to order these Supplies.
Elum to Leave to order for funds

Sub-Total _____ $ _____
Delivery Costs _____ $ _____
Tax (if applicable) _____ $ _____
Total Amount Enclosed _____ $ _____

_____ 7/19/19
Prisoner's Signature　　Date

_____
Deputy Warden or Authorized Agent　　Date

H. S Wm 7/19/19
R.U.M. or Authorized Agent　　Date

_____
Warden or Authorized Agent　　Date

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

*J-2*

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

| Prisoners write clearly-illegible/incomplete forms will not be processed. | Date: 6/20/19 |
|---|---|

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 787263 | Ryan | JCF | C-2 |

Pay To: JCF

Address: _____

Cost/Amount

$ _____

Reason/Description: (If to relative, identify relationship)  Prison Cost Supplies

## COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | paper | | | | | 25 | $ | $ 0.15 |
| | Carbon paper | | | | | 2 | | 0.30 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sub-Total _____ $ _____

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ 0.45

| Prisoner's Signature        Date 6/20/19 | Deputy Warden or Authorized Agent      Date |
|---|---|
| R.U.M. or Authorized Agent    Date 6/20/19 | Warden or Authorized Agent      Date |

| Code | Actual Expense | Batch Number |
|---|---|---|
| | | |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

P-3

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

| Prisoners write clearly-illegible/incomplete forms will not be processed. | Date: 7/17/19 |
|---|---|

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 787263 | Ryan | JCI | B-2 |

Pay To: _JCF_

Address: _____

Cost/Amount

$ _____

Reason/Description: (If to relative, identify relationship) _____

Indigent Legal Supplies for 1st Amendment Claim at JCF

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | paper | | | | | 25 | $ | $ .15 |
| | Carbon paper | | | | | 2 | | .30 |
| | Large Legal envelope | | | | | 1 | | .15 |
| | pen | | | | | 1 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Eastern District Address
231 W Lafayette Blvd Rm 564
Detroit, MI 48226

| Sub-Total | $ .60 |
|---|---|
| Delivery Costs | $ |
| Tax (if applicable) | $ |
| Total Amount Enclosed | $ .60 |

| Prisoner's Signature | 7/17/19 | Deputy Warden or Authorized Agent | Date |
|---|---|---|---|
| | Date | | |

| R.U.M. or Authorized Agent | 7/17/19 | Warden or Authorized Agent | Date |
|---|---|---|---|
| | Date | | |

| Code | Actual Expense | Batch Number |
|---|---|---|
| | | |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

P-4

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.

Date: 7/18/19

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 787263 | Lyon | JCF | B-2 |

Pay To: SOM

Address: _____

Cost/Amount

$ _____

Reason/Description: (If to relative, identify relationship) _____

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | paper | | | | | 25 | $ .15 | $ .15 |
| | Carbon paper | | | | | 2 | .15 | .30 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sub-Total _____ $ .45

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ .45

Prisoner's Signature      Date 7/18/19

Deputy Warden or Authorized Agent      Date

R.U.M. or Authorized Agent      Date 7/18/19

Warden or Authorized Agent      Date

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

*p-5*

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

| Prisoners write clearly-illegible/incomplete forms will not be processed. | Date: 6/27/19 |
| --- | --- |

Prisoner Number: _787263_   Prisoner's Last Name: _Rye_   Institution: _JCF_   Lock Number: _B 2_

Pay To: _____

Address: _____

Cost/Amount

$ _____

Reason/Description: (If to relative, identify relationship) _____

_Indigent legal supplies_

### COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | paper | | | | | 23 | $ | $ 1, |
| | carbon paper | | | | | 2 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sub-Total _____ $ _____

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ _30_

Prisoner's Signature _____ Date _6/27/19_

Deputy Warden or Authorized Agent _____ Date _____

R.U.M. or Authorized Agent _____ Date _6/27/19_

Warden or Authorized Agent _____ Date _____

| Code | Actual Expense | Batch Number |
| --- | --- | --- |
| | | |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

p-6

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

| Prisoners write clearly-illegible/incomplete forms will not be processed. | Date: 6/7/19 |
|---|---|

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 787263 | Ryan | JCI | B-2 |

Pay To: _____

Address: _____

Cost/Amount

$ 0.45

Reason/Description: (If to relative, identify relationship) _____
Indigent legal Supplies

## COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | 25 Sheets paper | | | | | | $ | $ .15 |
| | 2 Carbon paper | | | | | | .15 | .30 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Elum Filled This after
I agued her into it and said
That "you are nos going To get paper
every day This is gonna stop."

| | |
|---|---|
| Sub-Total _____ | $ _____ |
| Delivery Costs _____ | $ _____ |
| Tax (if applicable) _____ | $ _____ |
| Total Amount Enclosed _____ | $ 0.45 |

| _____ 6/7/19 | _____ |
|---|---|
| Prisoner's Signature       Date | Deputy Warden or Authorized Agent       Date |

| Elum _____ | _____ |
|---|---|
| R.U.M. or Authorized Agent       Date | Warden or Authorized Agent       Date |

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.　　Date: _7/16/19_

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| _787263_ | _Ryan_ | _JCF_ | _B-2_ |

Pay To: _JCF_

Address: _____

Cost/Amount

$ _____

Reason/Description: (If to relative, identify relationship) _____

_Indigent Legal Supplies initial 1st Amendment claim For_

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY** _2 Copies For The Court_

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | paper | | | | | 90 | $ | $ |
| | Carbon paper | | | | | 6 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

_I presented my Copy of
The Complaint and exhibits
as proof and Elum Refused
To provide me The needed
paper_

| | |
|---|---|
| Sub-Total _____ | $ _____ |
| Delivery Costs _____ | $ _____ |
| Tax (if applicable) _____ | $ _____ |
| Total Amount Enclosed _____ | $ _____ |

_7/16/19_

Prisoner's Signature　　　　/Date

Deputy Warden or Authorized Agent　　Date

R.U.M. or Authorized Agent　　　　Date

Warden or Authorized Agent　　Date

| Code | Actual Expense | Batch Number |
|---|---|---|
| | | |

_Elum Refused
To Sign_

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

Q-2

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.

Date: 6/21/19

Prisoner Number: 787263

Prisoner's Last Name: Ryan

Institution: JCF

Lock Number: B-2

Pay To: JCF

Address: _____

Cost/Amount

$ _____

Reason/Description: (If to relative, identify relationship) _____

Indigent legal supplies

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
|  | Paper |  |  |  |  | 25 | $ | $ |
|  | Carbon paper |  |  |  |  | 2 |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Should Used supplies previously given

Sub-Total _____ $ _____

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ _____

Prisoner's Signature    Date 6/21/19

Deputy Warden or Authorized Agent    Date

R.U.M. or Authorized Agent    Date

Warden or Authorized Agent    Date

| Code | Actual Expense | Batch Number |
|---|---|---|
|  |  |  |

E Lum Refused To process and Sign

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

R ~1

No Callout
or supplies

# G. ROBERT COTTON CORRECTIONAL FACILITY
## Housing Unit : B
## Offender Daily Schedule
### Effective Date : 07/07/2019 ( Sunday )

Wing : L     Lock : Bot - 02

**Offender : 787263 - Ryan, Sean Michael**

| Callout / Assignment - Description | Reporting Station | Room | Department | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| Medication - 0700 Medication Lines | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 07:00 | 07:15 |
| Medication - 1200 Medication Line | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 11:30 | 11:45 |
| Medication - 1900 Medication Lines | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 18:30 | 18:45 |

VALID ONLY ON THE EFFECTIVE DATE PRINTED ABOVE

Page 1 of 1

# G. ROBERT COTTON CORRECTIONAL FACILITY

## Housing Unit : B

## Offender Daily Schedule

### Effective Date : 07/08/2019 ( Monday )

Wing : L    Lock : Bot - 02

**Offender : 787263 - Ryan, Sean Michael**

| Callout / Assignment - Description | Reporting Station | Room | Department | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| Medication - 0700 Medication Lines | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 07:00 | 07:15 |
| General Library - | SCHOOL OFFICER | RM 224 | Library | | 10:30 | 10:30 |
| Medication - 1200  Medication Line | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 11:30 | 11:45 |
| Medication - 1900 Medication Lines | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 18:30 | 18:45 |

VALID ONLY ON THE EFFECTIVE DATE PRINTED ABOVE

*When I Tried To get Legal Supplies Librarion ELum Threatened To get me Rode out*

Page 1 of 1

Distribution : Offender

R-3

# G. ROBERT COTTON CORRECTIONAL FACILITY

## Housing Unit : B

### Offender Daily Schedule
### Effective Date : 07/09/2019 ( Tuesday )

Wing : L    Lock : Bot - 02

**Offender : 787263 - Ryan, Sean Michael**

| Callout / Assignment - Description | Reporting Station | Room | Department | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| Medication - 0700 Medication Lines | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 07:00 | 07:15 |
| Medication - 1200 Medication Line | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 11:30 | 11:45 |
| Medication - 1900 Medication Lines | HEALTHCARE OFFICER | HEALTHCARE | Medical/Healthcare | | 18:30 | 18:45 |

VALID ONLY ON THE EFFECTIVE DATE PRINTED ABOVE

*No Callout*
*To get Legal*
*supplies*

Distribution : Offender

Page 1 of 1