UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MICHAEL RYAN, #787263

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

Case No. 19-12286
Honorable Victoria A. Roberts

## ORDER DENYING NOTICE OF OBJECTION/MOTION AND ADDRESSING REQUEST TO EXPEDITE PROCEEDINGS

On June 22, 2022, Plaintiff ("Ryan") filed a "Notice of Objection and Intent to Appeal the Order Issued." [ECF No. 48]

Ryan says he "does not feel that a motion for reconsideration would do anything but waste the parties (sic) and Court valuable time." He makes no substantive arguments except to say the Court abused its discretion in granting Defendants' Motion for Summary Judgment. [ECF 44].

The Court notes Ryan's objection, construes this as a Motion for Reconsideration nonetheless, and finds that Ryan fails to demonstrate the Court made a mistake in its Order.[ECF No 44], see E.D. Mich LR 7.1(h)(1).

For these reasons, the notice/motion is **DENIED**.

On August 19, 2022, Ryan also filed a "Request for the Court to Expedite Proceedings." [ECF No. 50]

Ryan asks the Court to (1) file the necessary papers to notify the Court of Appeals of his intent to appeal this Court's Order issued May 24, 2022; (2) allow him the ability to

proceed *In Forma Pauperis*; and (3) take any other action necessary to expedite the appellate process.

    This Court does not notify the Court of Appeals of a party's intent to file an appeal. It is Ryan's responsibility to file a notice of appeal with the Sixth Circuit Court of Appeals.

    The Court **GRANTS** Ryan's request to proceed on appeal *In Forma Pauperis.*

    Ryan's request that the Court expedite the appellate process is **DENIED.** This Court does not have jurisdiction over the appellate process.

    **ORDERED**.

s/ Victoria A. Roberts<br>
Victoria A. Roberts<br>
United States District Judge

Dated:  8/22/2022